IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, National Association, | ) |
| Counterclaim Defendants, | ) |
| v. | ) Case No. 4:21-cv-00120-NAB |
| MICHAEL QUALIZZA, NEIL D. FREEMAN, TIMOTHY DIXON, | ) |
| Defendants and Counterclaimants, | ) |
| and | ) |
| DFQ MANAGEMENT LLC, and 1501 WASHINGTON ST. LOUIS, LLC, | ) |
| Counterclaimants, | ) |
| v. | ) |
| U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, and U.S. BANK, NATIONAL ASSOCIATION, | ) |
| Counterclaim Defendants. | ) |

**JAMES F. BENNETT'S AND MATT D. AMPLEMAN'S NOTICE OF WITHDRAWAL WITH RESPECT TO REPRESENTATION OF MICHAEL QUALIZZA ONLY**

James F. Bennett and Matt D. Ampleman respectfully submit this notice of withdrawal with respect to their representation of only Michael Qualizza who has obtained substitute counsel in this matter. James F. Bennett and Matt D. Ampleman remain counsel of record for Neil D. Freeman, Timothy Dixon, 1501 Washington St. Louis, LLC, and DFQ Management LLC.

                                **Dowd Bennett LLP**

By: */s/ James F. Bennett*
     James F. Bennett
     Matt D. Ampleman
     7733 Forsyth Blvd, Suite 1900
     St. Louis, MO 63105
     Phone: (314) 889-7300
     Fax: (314) 863-2111
     jbennett@dowdbennett.com
     mampleman@dowdbennett.com

     Attorneys for Defendants Neil D. Freeman and Timothy Dixon and for Counterclaimants DFQ Management, and 1501 Washington St. Louis, LLC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties and/or counsel listed below electronically through the Court's ECF system on this 3rd Day of August, 2022.

Mike W. Bartolacci
Mark V. Bossi
Elizabeth A. Casale
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000 (Phone)
(314) 552-7000 (Fax)

Attorneys for Plaintiff U.S. Bank National Association and Counterclaim Defendant U.S. Bancorp Community Development Corporation

                              */s/ James F. Bennett*