# EXHIBIT O

| Gifts Solicited and Received | | | |
|---|---|---|---|
| **Event Date** | **Event/Gift** | **Cost to Owners** | **Supporting Documentation Pages** |
| December 29, 2015 – January 2, 2016 | 4-night, New Year's Eve stay at the Roosevelt New Orleans | $1,000+ | 2-9 |
| May 28, 2016 | 4 tickets to Beyoncé Concert at Soldier Field | $1628 | 10-14 |
| June 3, 2017 | 4 tickets to U2 at Soldier Field | $1,136 | 15-22 |
| July 27, 2017 | 4 tickets to Kendrick Lamar | $1,650 | 20, 23-27 |
| August 11, 2018 | 4 tickets to Beyoncé and Jay-Z's On the Run II tour | $1,416 | 28-34 |
| January 2 – January 6, 2019 | 2 Room, 4-night, New Year's Eve stay at the Roosevelt New Orleans | Obtained lower rate for Boyers | 35-42 |

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 8 | Date Range: 12/9/2015 |

**Outline of Conversations**

💬   **CHAT - 00127 - 2015/12/09** • 8 messages on 12/9/2015 • Qualizza Redacted
Redacted
• Zack Boyers

2

USBCDC00087577

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬   **CHAT - 00127 - 2015/12/09**

ZB   **Zack Boyers** Redacted                                                    12/9/2015, 8:59 AM

Working on it, I should be back to you later today. Also, my wife and I may head down to New Orleans over New Year's for a few nights. Any possibility there's availability at the Roosevelt?

ZB   **Zack Boyers** Redacted                                                    8:59 AM

12/29-1/2

ZB   **Zack Boyers** Redacted                                                    9:00 AM

Or 12/0-1/2

Q   **Qualizza** Redacted                                                        9:00 AM

I will check right now

ZB   **Zack Boyers** Redacted                                                    9:00 AM

12/30

ZB   **Zack Boyers** Redacted                                                    11:41 AM

No sweat if this is an issue at all, btw.

Q   **Qualizza** Redacted                                                        11:42 AM

It's not

Q   **Qualizza** Redacted                                                        5:46 PM

Well of course the Roosevelt is sold out but for you I do.... I can get you a suite from the 12/30-1/2 if that works?

3

                                                   USBCDC00087578

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 3 | Date Range: 12/10/2015 - 12/11/2015 |

**Outline of Conversations**

 **CHAT - 00127 - 2015/12/11** • 3 messages between 12/10/2015 - 12/11/2015 • Qualizza
Redacted          • Zack Boyers Redacted

Confidential                                          USBCDC00087579

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬   **CHAT - 00127 - 2015/12/11**

ZB      **Zack Boyers** Redacted                                          12/10/2015, 11:11 PM

Hmmm. To be continued. Any ideas for a nice New Year's Eve somewhere?

Q       **Qualizza** Redacted                                            12/11/2015, 8:54 AM

Like what were you thinking?

                        Redacted

Q       **Qualizza**                                                          8:54 AM

I am sure the Roosevelt will be hosting a fancy party of some kind

5

**From:** Neil Freeman <nfreeman@ariescapital.com>
**Sent:** Wednesday, December 16, 2015 10:45 AM CST
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** FW: Zachary Boyers Reservation

Hi Mike. Zach is all set. I used my credit card for the 4 nights. I will get back to you re Domenica reservation on NYE.

**Neil D. Freeman**
Chairman & CEO - Aries Capital, LLC
216 W Ohio Street, Floor 5
Chicago, IL 60654
312.640.7420 ph. / Redacted
nfreeman@ariescapital.com



---

**From:** Christina Vasquez
**Sent:** Wednesday, December 16, 2015 10:26 AM
**To:** Christopher Galvin <Christopher.Galvin@waldorfastoria.com>
**Cc:** Neil Freeman <nfreeman@ariescapital.com>
**Subject:** RE: Zachary Boyers Reservation

This is correct. Thanks much Chris.

**Christina L. Vasquez**
**Vice President, Operations**
Aries Capital, LLC
216 W. Ohio St., Floor 5, Chicago, IL 60654
312-640-7421 phone / Redacted   mobile
cvasquez@ariescapital.com / www.AriesCapital.com



---

**From:** Christopher Galvin [mailto:Christopher.Galvin@waldorfastoria.com]
**Sent:** Wednesday, December 16, 2015 10:11 AM
**To:** Christina Vasquez <cvasquez@ariescapital.com>
**Subject:** RE: Zachary Boyers Reservation

Good Morning Christina.

The reservation for Mr. Zach Boyer is all set.  Please confirmed that the MC ending in 7340 will be used for Room and Tax for Mr. Boyers' 4 night stay(Conf #3217456985).

Thank you.

Christopher Galvin
Revenue Analyst
The Roosevelt New Orleans, A Waldorf Astoria Hotel

 

130 Roosevelt Way | New Orleans, LA 70112
P: (504) 335-3134 | F: (504) 569-1938
christopher.galvin@waldorfastoria.com



*2015 Travel and Leisure,* 500 Best Hotels in the World
*2015 U.S. News and World Report,* Best New Orleans Hotels
*2015 TripAdvisor,* Certificate of Excellence Hall of Fame
*2015 Hilton Worldwide Corporation,* Excellence in Quality Award
*2014 Conde Nast Traveler Readers' Choice Awards,* Top 5 Hotels in New Orleans



This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2015 Hilton Worldwide Proprietary and Confidential.

---

**From:** Christina Vasquez [mailto:cvasquez@ariescapital.com]
**Sent:** Wednesday, December 16, 2015 10:00 AM
**To:** Christopher Galvin
**Subject:** FW: Zachary Boyers Reservation

Good morning Chris,

I just left a voicemail on your office line.  Feel free to call me at Redacted      when your available and I'll provide you with the credit card info.

Kind regards,

**Christina L. Vasquez**
**Vice President, Operations**
Aries Capital, LLC
216 W. Ohio St., Floor 5, Chicago, IL 60654
312-640-7421 phone Redacted      mobile
cvasquez@ariescapital.com / www.AriesCapital.com



---

**From:** Greg Lombardi [mailto:Greg.Lombardi@waldorfastoria.com]
**Sent:** Tuesday, December 15, 2015 5:27 PM
**To:** Christina Vasquez <cvasquez@ariescapital.com>
**Cc:** Christopher Galvin <Christopher.Galvin@waldorfastoria.com>
**Subject:** RE: Zachary Boyers Reservation

Hi Christina,

I apologize for not getting back to you sooner today I have been away from my desk for most of the day.  I am out of the office tomorrow but you can call Christopher Galvin who is copied on this email with the credit card information.  He can be reached at Redac .  He can also call you if that is easier.

Thank you,

Greg

---

**From:** Christina Vasquez [mailto:cvasquez@ariescapital.com]
**Sent:** Tuesday, December 15, 2015 4:09 PM
**To:** Tod Chambers
**Cc:** Greg Lombardi
**Subject:** Re: Zachary Boyers Reservation

Sure. I can give him a call tomorrow morning if that's easier.

On Dec 15, 2015, at 4:03 PM, Tod Chambers <Tod.Chambers@Hilton.com> wrote:

> Can Greg call someone on the phone to get the information?
>
> Tod

Tod Chambers | General Manager
The Roosevelt New Orleans, A Waldorf Astoria Hotel
 <image001.jpg>
130 Roosevelt Way | New Orleans, LA 70112
P. (504) 335-3033 | F. (504) 569-1938 | E.Tod.Chambers@WaldorfAstoria.com

<image002.jpg>

<image003.jpg><image004.jpg>    "Top Rated U.S. Hotels of 2013" by Hotel.com
                                "Best Hotel in New Orleans" *Conde Nast Traveler* Readers' Choice Awards
<image005.jpg>                  "Connie Award" Hilton's Most Prestigious Award
                                " Hotel of the Year" Hilton Worldwide Corporation

---

**From:** Christina Vasquez [mailto:cvasquez@ariescapital.com]
**Sent:** Tuesday, December 15, 2015 3:58 PM
**To:** Tod Chambers
**Subject:** FW: Zachary Boyers Reservation

Hi Tod,
Can you assist with below please?

Many thanks,

**Christina L. Vasquez**
**Vice President, Operations**
Aries Capital, LLC
216 W. Ohio St., Floor 5, Chicago, IL 60654
312-640-7421 phone / Redacted   mobile
cvasquez@ariescapital.com / www.AriesCapital.com
<image007.jpg>

---

**From:** Christina Vasquez
**Sent:** Tuesday, December 15, 2015 11:13 AM
**To:** 'Greg Lombardi' <Greg.Lombardi@waldorfastoria.com>
**Subject:** FW: Zachary Boyers Reservation

Hi Greg,

Can we get a credit card authorization form sent over.  Mr. Freeman & Mr. Qualizza would like to cover the cost of Mr. Boyer's stay.

Thank you kindly,

**Christina L. Vasquez**
**Vice President, Operations**
Aries Capital, LLC
216 W. Ohio St., Floor 5, Chicago, IL 60654
312-640-7421 phone / Redacted   mobile
cvasquez@ariescapital.com / www.AriesCapital.com
<image007.jpg>

---

**From:** Tod Chambers [mailto:Tod.Chambers@Hilton.com]
**Sent:** Tuesday, December 15, 2015 9:08 AM
**To:** Christina Vasquez <cvasquez@ariescapital.com>
**Subject:** FW: Zachary Boyers Reservation

all set

Tod Chambers | General Manager
The Roosevelt New Orleans, A Waldorf Astoria Hotel
 <image001.jpg>
130 Roosevelt Way | New Orleans, LA 70112
P. (504) 335-3033 | F. (504) 569-1938 | E.Tod.Chambers@WaldorfAstoria.com

<image002.jpg>

<image003.jpg><image004.jpg>    "Top Rated U.S. Hotels of 2013" by Hotel.com
                                "Best Hotel in New Orleans" *Conde Nast Traveler* Readers' Choice Awards
<image005.jpg>                  "Connie Award" Hilton's Most Prestigious Award
                                " Hotel of the Year" Hilton Worldwide Corporation

**From:** Greg Lombardi
**Sent:** Monday, December 14, 2015 5:59 PM
**To:** Tod Chambers
**Subject:** RE: Zachary Boyers Reservation

Yes he is all set under confirmation number 3217456985.

**From:** Tod Chambers
**Sent:** Monday, December 14, 2015 5:03 PM
**To:** Greg Lombardi
**Subject:** FW: Zachary Boyers Reservation

we did this correct?

Tod Chambers | General Manager
The Roosevelt New Orleans, A Waldorf Astoria Hotel
 <image001.jpg>
130 Roosevelt Way | New Orleans, LA 70112
P. (504) 335-3033 | F. (504) 569-1938 | E.Tod.Chambers@WaldorfAstoria.com

<image002.jpg>

<image003.jpg><image004.jpg>    "Top Rated U.S. Hotels of 2013" by Hotel.com
                                "Best Hotel in New Orleans" *Conde Nast Traveler* Readers' Choice Awards
<image005.jpg> 🔘🔘   "Connie Award" Hilton's Most Prestigious Award
                                " Hotel of the Year" Hilton Worldwide Corporation

**From:** Christina Vasquez [mailto:cvasquez@ariescapital.com]
**Sent:** Monday, December 14, 2015 2:26 PM
**To:** Tod Chambers
**Subject:** Zachary Boyers Reservation

Hi Tod,

Neil asked that I follow up with you to see if you were able to secure a room for Zachary Boyers.  The dates were from 12/29 to 1/2.

Please advise.

Many thanks,

**Christina L. Vasquez**
**Vice President, Operations**
Aries Capital, LLC
216 W. Ohio St., Floor 5, Chicago, IL 60654
312-640-7421 phone / Redacted   mobile
cvasquez@ariescapital.com / www.AriesCapital.com
<image007.jpg>

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2015 Hilton Worldwide Proprietary and Confidential

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 16 | Date Range: 5/19/2016 - 5/20/2016 |

**Outline of Conversations**

 **CHAT - 00127 - 2016/05/20** · 16 messages between 5/19/2016 - 5/20/2016 · Qualizza <+17739601181> · Zack Boyers <+13145919303>

Confidential

USBCDC00087607

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - 00127 - 2016/05/20**

| | |
|---|---|
| ZB | **Zack Boyers** Redacted |

5/19/2016, 8:46 PM

You good?

Long shot and NOT a giant deal, but is there any way to score tix to Beyoncé at soldier field next Friday/Saturday (5/27 or 28) for my kid + 1-3 others?  I realize this is a ridiculous ask, so PLEASE don't sweat this one. Just don't know how possible it is.

Q   **Qualizza** Redacted

8:48 PM

Let me inquire.....get back to you ASAP

Q   **Qualizza** Redacted

5/20/2016, 8:45 AM

Tickets for Cecilia? I need a address

ZB   **Zack Boyers** Redacted

8:46 AM

Yes for her. In Hyde park. Need specific address?

Q   **Qualizza** Redacted

8:46 AM

Yes.... Need to send her the tickets

ZB   **Zack Boyers** Redacted

8:46 AM

You got them?  I'll get you address shortly

Q   **Qualizza** Redacted

8:47 AM

For u I do

Q   **Qualizza** Redacted

8:47 AM

4 tickets for Saturday night

ZB   **Zack Boyers** Redacted

10:25 AM

You're a prince!  5/28, right?

Cecilia Boyers
5454 s Ellis apt 2
Chicago, IL 60615

Q   **Qualizza** Redacted

10:26 AM

K

Q   **Qualizza** Redacted

10:26 AM

Let me confirm and get back to u

Q   **Qualizza** Redacted

10:39 AM

Yes 5/28 tickets will go UPS to her.... Have fun!!!

ZB   **Zack Boyers** Redacted

10:39 AM

Wow. She's going to flip.

Q   **Qualizza** Redacted

11:15 AM

☺

ZB   **Zack Boyers** Redacted

1:22 PM

She flipped. All CAPS CRAZY

Confidential

USBCDC00087608

Q   **Qualizza** Redacted       1:34 PM

🙂 they great seats too

Confidential       USBCDC00087609

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 5/28/2016 |

## Outline of Conversations

 **CHAT - 00058 - 2016/05/28** · 7 messages on 5/28/2016 · Cecilia <+███████████> · Zack Boyers
Redacted

13

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - 00058 - 2016/05/28**

ZB   **Zack Boyers** Redacted                                    5/28/2016, 1:06 PM
Hi!  How's it going?

C   **Cecilia** <▮▮▮▮▮▮▮▮▮>                                        1:07 PM
Good! Ellie and Natalie are gonna get here soon--SO EXCITED FOR TONIGHT???

ZB   **Zack Boyers** ·Redacted                                    1:07 PM
That's so awesome!  Where are your seats?

ZB   **Zack Boyers** Redacted                                    1:08 PM
Q said they were good.

C   **Cecilia** <+▮▮▮▮▮▮▮▮>                                        1:10 PM
Yeah I think they're really close!!

C   **Cecilia** <+▮▮▮▮▮▮▮▮>                                        1:10 PM
So so so so excited

ZB   **Zack Boyers** Redacted                                    2:06 PM
Nice! Think Ricky is ready for Natalie?

*Attachment: BOZA000004191 (69 KB)*

Confidential                                                                  USBCDC00087842

## Short Message Report

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 3/3/2017 |

## Outline of Conversations



**CHAT - 00079 - 2017/03/03** • 5 messages on 3/3/2017 • Bill Bayer Redacted Redacted • Zack Boyers

Confidential

USBCDC00087853

**Messages in chronological order** (times are shown in GMT -06:00)

---

💬   **CHAT - 00079 - 2017/03/03**

ZB   **Zack Boyers** Redacted                                                            3/3/2017, 10:54 AM

Hey, while I'm thinking about it, should we try for one of our NYC hook ups for tickets to something while there in April?

BB   **Bill Bayer** Redacted                                                                      11:58 AM

We can. What event are you thinking? Broadway? Could maybe check in with Aon. If we do reach out to Aon, I will likely set a meeting. I have not looked up other events yet other than when the Cardinals are visiting Yankee stadium which ironically is Fri., Sat., and Sun. - the weekend just before we get there which is crazy. Missed it by a few days. In similar note, the weekend of the U2 concert in Chicago - June 3 -  at Soldier Field is the same weekend the Cards play at Wrigley. For me it doesn't get any better than that combo. Better Get that hotel loan to Q done:)

ZB   **Zack Boyers** Redacted                                                                        1:31 PM

Ok. Need to figure June out. But first, NYC:  Hamilton?  Jimmy Fallon?

BB   **Bill Bayer** Redacted                                                                        4:09 PM

Hamilton seems like a big ask. I think the way Jimmy Fallon works it would take a big chunk of our day. I know Teresa would like it but need to determine if worth it. Will talk to Teresa and do some research this weekend.

ZB   **Zack Boyers** Redacted                                                                        5:28 PM

Cool. Probably right in both counts   I will look around too.

16

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 5 | Date Range: 3/18/2017 |

**Outline of Conversations**

💬   **CHAT - 00127 - 2017/03/18** • 5 messages on 3/18/2017 • Qualizza Redacted
Redacted                                                                     • Zack Boyers

Confidential                                                                                     USBCDC00087683

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬 **CHAT - 00127 - 2017/03/18**

ZB  **Zack Boyers** Redacted                                    3/18/2017, 2:21 PM
Seems like things are moving.

Unrelated, Am I confirmed for 4 for u2 in Chicago June 4?

Q  **Qualizza**Redacted                                              2:23 PM
Yes

Q  **Qualizza**Redacted                                              2:24 PM
Those 2 things have nada to do with each other...

ZB  **Zack Boyers** Redacted                                         2:24 PM
I know!

Q  **Qualizza** Redacted                                             2:24 PM
☹

18

**Short Message Report**

| Conversations: 1 | Participants: 2 |
|---|---|
| Total Messages: 7 | Date Range: 5/14/2017 - 5/15/2017 |

**Outline of Conversations**

 **CHAT - 00127 - 2017/05/15** • 7 messages between 5/14/2017 - 5/15/2017 • Qualizza Redacted
Zack Boyers Redacted

Confidential

USBCDC00087685

**Messages in chronological order** (times are shown in GMT -05:00)

---

💬   **CHAT - 00127 - 2017/05/15**

ZB   **Zack Boyers** Redacted                                                5/14/2017, 9:40 PM

Happy Mother's Day to your better half!  Two things:  U2 tix-- how to acquire?  And do you have any hookup for united center events?  Zero pressure. Asking.

Q   **Qualizza** Redacted                                                  5/15/2017, 8:31 AM

She says thanks.....I will email the  U2 tickets. What event you looking for at UC?

ZB   **Zack Boyers** Redacted                                                           8:32 AM

Kendrick Lamar

ZB   **Zack Boyers** Redacted                                                           8:32 AM

July 27

Q   **Qualizza** Redacted                                                             8:45 AM

How many tickets?

ZB   **Zack Boyers** Redacted                                                           8:46 AM

4,  but not if you have to buy them

Q   **Qualizza** Redacted                                                             8:52 AM

Working on it

20

Message

| | |
|---|---|
| **From:** | Michael Qualizza [q@urbandevfund.com] |
| **Sent:** | 6/3/2017 4:08:25 PM |
| **To:** | Zack M Boyers [zachary.boyers@usbank.com] |
| **Subject:** | Fwd: IMPORTANT NOTICE for U2 at Soldier Field tonight, June 3 2017 7:00pm. |
| **Attachments:** | winmail.dat; ATT00001.htm |

Begin forwarded message:

**From:** Kimberly Qualizza <kqualizza@gmail.com>
**Date:** June 3, 2017 at 4:55:34 PM EDT
**To:** ICE <mqualizza@yahoo.com>
**Subject: Fwd: IMPORTANT NOTICE for U2 at Soldier Field tonight, June 3 2017 7:00pm.**

Kimie Qualizza
Kqualizza@gmail.com
773-368-5060

Begin forwarded message:

**From:** <eventchange@ticketmaster.com>
**Date:** June 3, 2017 at 2:51:05 PM EDT
**To:** <eventchange@ticketmaster.com>
**Subject: IMPORTANT NOTICE for U2 at Soldier Field tonight, June 3 2017 7:00pm.**

Attention Fans!

This message is being sent on behalf of Soldier Field in regards to your upcoming event.

U2
Soldier Field
Saturday, June 3rd at 7PM

We want to ensure you have a great time at U2 tonight and are clear about how to best get IN!  Here are some notes....

If you purchased General Admission Floor 'paperless' tickets, you must enter at the South end of Solder Field at Gate Zero.
Just show the credit card used for purchase and a photo ID at the entrance, receive your Field Access wristband, and you're IN!

If you purchased the Red Zone package please proceed to Will Call to pick up your tickets and entrance instructions.

If you purchased tickets for the Main seating area, you can enter through any of the other stadium gates, but not Gate Zero.  This includes reserved

21

USBCDC00030754

seating 'paperless' tickets.

With Paperless Tickets (credit card entry), please be sure to bring the credit card used to purchase and go directly to your entry gate. If you purchased tickets for friends, you must all enter together as tickets cannot be transferred to other credit cards. If you have both Field GA and Reserved Seats on the same credit card, please go directly to the nearest Box Office Resolution windows located on the north and south ends of the stadium with your credit card and picture ID.

Have Fun!

Ticketmaster fan Support.

USBCDC00030755

Message

| | |
|---|---|
| **From:** | Michael Qualizza [q@urbandevfund.com] |
| **Sent:** | 6/28/2017 12:00:35 PM |
| **To:** | Zack M Boyers [zachary.boyers@usbank.com] |
| **Subject:** | KL Tics |
| **Attachments:** | 214554837.pdf; ATT00001.txt |

Have fun,

Q

23

## This is your ticket.
Present this entire page at the event.

**ticketmaster®**

© 2017 Ticketmaster. All rights reserved.

| ISSUED TO | | SECTION | SEC3 | ROW | 8 | SEAT | 11 |

ORDER NUMBER 50-41768 CH1

4408 5415 5633 8607

| | | |
|---|---|---|
| UC0727E | SEC3 8 11 W 129.50 | EUC0727E |
| .97CCTX | ENTER GATE 2 | AM |
| 19.50 | TDE /LIVE NATION PRESENTS | CN 45958 |
| SEC3 | KENDRICK LAMAR | SEC3 |
| ZIP 5X | THE DAMN. TOUR | 1AMXC |
| 8  11 | UNITED CENTER | 8 |
| 5771306 | 1901 W MADISON/CHICAGO | 129.50 |
| W25APR7 | THU JUL 27 2017 7:30 PM | 11 |



GET IN GUARANTEED
WITH TICKETMASTER
VERIFIED TICKETS

**ticketmaster®**
VERIFIED TICKETS



UNITED CENTER

DOWNLOAD THE OFFICIAL UNITED
CENTER MOBILE APPLICATION AT
UNITEDCENTER.COM/MOBILE



THE HOLDER, ON BEHALF OF THE HOLDER AND ANY MINOR ACCOMPANYING THE HOLDER (INDIVIDUALLY AND COLLECTIVELY THE "HOLDER"), AGREES TO ALL OF THE TERMS HEREOF.

HOLDER VOLUNTARILY ASSUMES ALL RISKS OF PERSONAL INJURIES (INCLUDING DEATH) AND ALL OTHER HAZARDS RELATED TO THE EVENT FOR WHICH THE TICKET IS ISSUED, INCLUDING RISKS AND DANGERS INCIDENTAL TO VIEWING THE EVENT, WHETHER OCCURRING PRIOR TO, DURING, OR AFTER THE ACTUAL EVENT, INCLUDING, WITHOUT LIMITATION, INJURIES BY PERFORMERS, SPECTATORS, BY THROWN OBJECTS, OR OTHERWISE.

HOLDER EXPRESSLY RELEASES UNITED CENTER JOINT VENTURE, PERFORMERS, ATHLETES, PLAYING TEAMS, LEAGUES AND THEIR CURRENT AND FORMER PLAYERS, AT YOUR SERVICE, LLC, AT YOUR SERVICE MANAGEMENT CORPORATION, STANDARD PARKING CORPORATION, TICKETMASTER, AND ALL OF THEIR RESPECTIVE AFFILIATES, PARENTS, RELATED ENTITIES, OWNERS, GOVERNORS, OFFICERS, DIRECTORS, PARTNERS, PRINCIPALS, MANAGEMENT, EMPLOYEES, AGENTS AND COLLECTIVE BARGAINING UNITS FROM ALL ACTIONS, SUITS, CLAIMS, JUDGMENTS, INJURIES AND/OR OTHER DAMAGES RELATING TO OR ARISING FROM SUCH CAUSES OR OTHERWISE OCCURRING AT OR IN CONNECTION WITH THE EVENT TO THE FULLEST EXTENT OF THE LAW.

This ticket is a revocable license, which may be withdrawn and admission refused at any time upon refunding Holder the printed purchase price. Holder's failure to comply with any of the following conditions will automatically terminate this license, and shall constitute grounds for denial of admission or removal from the United Center, cancellation of this ticket without refund, and shall render illegal the Holder's use of this ticket for any purpose. This ticket must be presented for admission into the United Center for the event specified on this ticket. Bottles, coolers or containers of any kind, food or beverages (unless medically necessary), fireworks, illegal substances, weapons, or noisemakers may not be brought into the United Center and may be confiscated. Holder consents to and is subject to search. Smoking is restricted to designated areas. Holder shall not act in a disorderly manner. Holder shall not transmit or aid in transmitting any description, account, picture or other depiction, game information, or reproduction of the event, including pre- and post-event activities. Tickets may not be offered for resale in any manner that would violate any law or regulation. Breach of any of the conditions of this ticket shall subject Holder to all legal remedies available.

Holder consents to the use without additional authorization or compensation of his/her image, likeness, actions and/or statements incidental to any live or recorded photographic, audio or video displays, broadcasts or other transmissions, exhibitions, publications or reproductions made of or at the Event. This ticket may not be used for advertising, promotion, contests, sweepstakes or other commercial purpose without express written consent. Any non-editorial or commercial use of any term or league mark is prohibited without express written approval.

Tickets obtained from unauthorized sources may be lost, stolen or counterfeit and may not be honored. No refunds or exchanges except as otherwise noted herein. Tickets cannot be replaced if lost, stolen or destroyed. Event dates and times subject to change without notice.

Inquires regarding parking and other services available for disabled guests may be obtained by telephoning the United Center (312) 455-4500  TTY (312) 455-4519.

 Thank you for choosing TicketFast®.



follow us on
twitter
@unitedcenter

### Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket
  may prevent your admittance to the event.

| EUC0727E | Section: SEC3 | Row:  8 | Seat:  11 |



4408 5415 5633 8607

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

24

USBCDC00079129

## This is your ticket.
Present this entire page at the event.

**ticketmaster®**

| ISSUED TO | | SECTION | SEC3 | ROW | 8 | SEAT | 13 |
|---|---|---|---|---|---|---|---|

ORDER NUMBER 50-41768 CH1

| UC0727E | SEC3 8 13 W 129.50 | EUC0727E |
| .97CCTX | ENTER GATE 2 | AM |
| 19.50 | TDE /LIVE NATION PRESENTS | CN 46982 |
| SEC3 | KENDRICK LAMAR | SEC3 |
| ZIP 5X | THE DAMN. TOUR | 1AMXC |
| 8  13 | UNITED CENTER | 8 |
| 5771306 | 1901 W MADISON/CHICAGO | 129.50 |
| W25APR7 | THU JUL 27 2017 7:30 PM | 13 |

7768 6196 8873 3555

© 2017 Ticketmaster. All rights reserved.



GET IN GUARANTEED WITH TICKETMASTER VERIFIED TICKETS

**ticketmaster® VERIFIED TICKETS**

Resale prices often exceed face value.



UNITED CENTER

DOWNLOAD THE OFFICIAL UNITED CENTER MOBILE APPLICATION AT UNITEDCENTER.COM/MOBILE



THE HOLDER, ON BEHALF OF THE HOLDER AND ANY MINOR ACCOMPANYING THE HOLDER (INDIVIDUALLY AND COLLECTIVELY "THE HOLDER"), AGREES TO ALL OF THE TERMS HEREOF.

HOLDER VOLUNTARILY ASSUMES ALL RISKS OF PERSONAL INJURIES (INCLUDING DEATH) AND ALL OTHER HAZARDS RELATED TO THE EVENT FOR WHICH THE TICKET IS ISSUED, INCLUDING RISKS AND DANGERS INCIDENTAL TO VIEWING THE EVENT, WHETHER OCCURRING PRIOR TO, DURING, OR AFTER THE ACTUAL EVENT, INCLUDING, WITHOUT LIMITATION, INJURIES BY PERFORMERS, SPECTATORS, OR OTHERWISE.

HOLDER EXPRESSLY RELEASES UNITED CENTER JOINT VENTURE, PERFORMERS, ATHLETES, PLAYING TEAMS, LEAGUES AND THEIR CURRENT AND FORMER PLAYERS, AT YOUR SERVICE, LLC, AT YOUR SERVICE MANAGEMENT CORPORATION, STANDARD PARKING CORPORATION, TICKETMASTER, AND ALL OF THEIR RESPECTIVE AFFILIATES, PARENTS, RELATED ENTITIES, OWNERS, GOVERNORS, OFFICERS, DIRECTORS, PARTNERS, PRINCIPALS, MANAGEMENT, EMPLOYEES, AGENTS AND COLLECTIVE BARGAINING UNITS FROM ALL ACTIONS, SUITS, CLAIMS, JUDGMENTS, INJURIES AND/OR OTHER DAMAGES RELATING TO OR ARISING FROM SUCH CAUSES OR OTHERWISE OCCURRING AT OR IN CONNECTION WITH THE EVENT TO THE FULLEST EXTENT OF THE LAW.

This ticket is a revocable license, which may be withdrawn and admission refused at any time upon refunding Holder the printed purchase price. Holder's failure to comply with any of the following conditions will automatically terminate this license, and shall constitute grounds for denial of admission or removal from the United Center, cancellation of this ticket without refund, and shall render illegal the Holder's use of this ticket for any purpose. This ticket must be presented for admission into the United Center for the event specified on this ticket. Bottles, coolers or containers of any kind, food or beverages (unless medically necessary), fireworks, illegal substances, weapons, or noisemakers may not be brought into the United Center and may be confiscated. Holder consents to and is subject to search. Smoking is restricted to designated areas. Holder shall not act in a disorderly manner. Holder shall not transmit or aid in transmitting any description, account, picture or other depiction, game information, or reproduction of the event, including pre- and post-event activities. Tickets may not be offered for resale in any manner that would violate any law or regulation. Breach of any of the conditions of this ticket shall subject Holder to all legal remedies available.

Holder consents to the use without additional authorization or compensation of his/her image, likeness, actions and/or statements incidental to any live or recorded photographic, audio or video displays, broadcasts or other transmissions, exhibitions, publications or reproductions made of or at the Event. This ticket may not be used for advertising, promotion, contests, sweepstakes or other commercial purpose without express written consent. Any non-editorial or commercial use of any term or league mark is prohibited without express written approval.

Tickets obtained from unauthorized sources may be lost, stolen or counterfeit and may not be honored. No refunds or exchanges except as otherwise noted herein. Tickets cannot be replaced if lost, stolen or destroyed. Event dates and times subject to change without notice.

Inquires regarding parking and other services available for disabled guests may be obtained by telephoning the United Center (312) 455-4500   TTY (312) 455-4519.



follow us on
twitter
**@unitedcenter**

### Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

| EUC0727E | Section: SEC3 | Row: 8 | Seat: 13 |
|---|---|---|---|



7768 6196 8873 3555

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

USBCDC00079130

# This is your ticket.
Present this entire page at the event.

**ticketmaster®**

| ISSUED TO | | SECTION | SEC3 | ROW | 8 | SEAT | 12 |
|---|---|---|---|---|---|---|---|

ORDER NUMBER 50-41768 CH1

| UC0727E | SEC3 8 12 W 129.50 | EUC0727E |
|---|---|---|
| .97CCTX | ENTER GATE 2 | AM |
| 19.50 | TDE /LIVE NATION PRESENTS | CN 13702 |
| SEC3 | KENDRICK LAMAR | SEC3 |
| ZIP 5X | THE DAMN. TOUR | 1AMXC |
| 8  12 | UNITED CENTER | 8 |
| 5771306 | 1901 W MADISON/CHICAGO | 129.50 |
| W25APR7 | THU JUL 27 2017 7:30 PM | 12 |

1389 3598 8422 0800

© 2017 Ticketmaster. All rights reserved.



GET IN GUARANTEED WITH TICKETMASTER VERIFIED TICKETS

**ticketmaster®** VERIFIED TICKETS

Resale prices often exceed face value.



UNITED CENTER

DOWNLOAD THE OFFICIAL UNITED CENTER MOBILE APPLICATION AT UNITEDCENTER.COM/MOBILE



THE HOLDER, ON BEHALF OF THE HOLDER AND ANY MINOR ACCOMPANYING THE HOLDER (INDIVIDUALLY AND COLLECTIVELY THE "HOLDER"), AGREES TO ALL OF THE TERMS HEREOF.

HOLDER VOLUNTARILY ASSUMES ALL RISKS OF PERSONAL INJURIES (INCLUDING DEATH) AND ALL OTHER HAZARDS RELATED TO THE EVENT FOR WHICH THE TICKET IS ISSUED, INCLUDING RISKS AND DANGERS INCIDENTAL TO VIEWING THE EVENT, WHETHER OCCURRING PRIOR TO, DURING, OR AFTER THE ACTUAL EVENT, INCLUDING, WITHOUT LIMITATION, INJURIES BY PERFORMERS, SPECTATORS, BY THROWN OBJECTS, OR OTHERWISE.

HOLDER EXPRESSLY RELEASES UNITED CENTER JOINT VENTURE, PERFORMERS, ATHLETES, PLAYING TEAMS, LEAGUES AND THEIR CURRENT AND FORMER PLAYERS, AT YOUR SERVICE, LLC, AT YOUR SERVICE MANAGEMENT CORPORATION, STANDARD PARKING CORPORATION, TICKETMASTER, AND ALL OF THEIR RESPECTIVE AFFILIATES, PARENTS, RELATED ENTITIES, OWNERS, GOVERNORS, OFFICERS, DIRECTORS, PARTNERS, PRINCIPALS, MANAGEMENT, EMPLOYEES, AGENTS AND COLLECTIVE BARGAINING UNITS FROM ALL ACTIONS, SUITS, CLAIMS, JUDGMENTS, INJURIES AND/OR OTHER DAMAGES RELATING TO OR ARISING FROM SUCH CAUSES OR OTHERWISE OCCURRING AT OR IN CONNECTION WITH THE EVENT TO THE FULLEST EXTENT OF THE LAW.

This ticket is a revocable license, which may be withdrawn and admission refused at any time upon refunding Holder the printed purchase price. Holder's failure to comply with any of the following conditions will automatically terminate this license, and shall constitute grounds for denial of admission or removal from the United Center, cancellation of this ticket without refund, and shall render illegal the Holder's use of this ticket for any purpose. This ticket must be presented for admission into the United Center for the event specified on this ticket. Bottles, coolers or containers of any kind, food or beverages (unless medically necessary), fireworks, illegal substances, weapons, or noisemakers may not be brought into the United Center and may be confiscated. Holder consents to and is subject to search. Smoking is restricted to designated areas. Holder shall not act in a disorderly manner. Holder shall not transmit or aid in transmitting any description, account, picture or other depiction, game information, or reproduction of the event, including pre- and post-event activities. Tickets may not be offered for resale in any manner that would violate any law or regulation. Breach of any of the conditions of this ticket shall subject Holder to all legal remedies available.

Holder consents to the use without additional authorization or compensation of his/her image, likeness, actions and/or statements incidental to any live or recorded photographic, audio or video displays, broadcasts or other transmissions, exhibitions, publications or reproductions made of or at the Event. This ticket may not be used for advertising, promotion, contests, sweepstakes or other commercial purpose without express written consent. Any non-editorial or commercial use of any term or league mark is prohibited without express written approval.

Tickets obtained from unauthorized sources may be lost, stolen or counterfeit and may not be honored. No refunds or exchanges except as otherwise noted herein. Tickets cannot be replaced if lost, stolen or destroyed. Event dates and times subject to change without notice.

Inquires regarding parking and other services available for disabled guests may be obtained by telephoning the United Center (312) 455-4500   TTY (312) 455-4519.



follow us on **twitter**

@unitedcenter

## Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

| EUC0727E | Section: SEC3 | Row: 8 | Seat: 12 |
|---|---|---|---|



1389 3598 8422 0800

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

USBCDC00079131

## This is your ticket.
Present this entire page at the event.

**ticketmaster®**

| ISSUED TO | | SECTION | SEC3 | ROW | 8 | SEAT | 14 |
|---|---|---|---|---|---|---|---|

ORDER NUMBER 50-41768 CH1

| UC0727E | SEC3 8 14 W 129.50 | EUC0727E |
| .97CCTX | ENTER GATE 2 | AM |
| 19.50 | TDE /LIVE NATION PRESENTS | CN 14726 |
| SEC3 | KENDRICK LAMAR | SEC3 |
| ZIP 5X | THE DAMN. TOUR | 1AMXC |
| 8  14 | UNITED CENTER | 8 |
| 5771306 | 1901 W MADISON/CHICAGO | 129.50 |
| W25APR7 | THU JUL 27 2017 7:30 PM | 14 |

© 2017 Ticketmaster. All rights reserved.

9147 7372 4344 2770



GET IN GUARANTEED WITH TICKETMASTER VERIFIED TICKETS

**ticketmaster®** VERIFIED TICKETS



UNITED CENTER

DOWNLOAD THE OFFICIAL UNITED CENTER MOBILE APPLICATION AT **UNITEDCENTER.COM/MOBILE**



THE HOLDER, ON BEHALF OF THE HOLDER AND ANY MINOR ACCOMPANYING THE HOLDER (INDIVIDUALLY AND COLLECTIVELY THE "HOLDER"), AGREES TO ALL OF THE TERMS HEREOF.

HOLDER VOLUNTARILY ASSUMES ALL RISKS OF PERSONAL INJURIES (INCLUDING DEATH) AND ALL OTHER HAZARDS RELATED TO THE EVENT FOR WHICH THE TICKET IS ISSUED, INCLUDING RISKS AND DANGERS INCIDENTAL TO VIEWING THE EVENT, WHETHER OCCURRING PRIOR TO, DURING, OR AFTER THE ACTUAL EVENT, INCLUDING, WITHOUT LIMITATION, INJURIES BY PERFORMERS, SPECTATORS, OR OTHERWISE.

HOLDER EXPRESSLY RELEASES UNITED CENTER JOINT VENTURE, PERFORMERS, ATHLETES, PLAYING TEAMS, LEAGUES AND THEIR CURRENT AND FORMER PLAYERS, AT YOUR SERVICE, LLC, AT YOUR SERVICE MANAGEMENT CORPORATION, STANDARD PARKING CORPORATION, TICKETMASTER, AND ALL OF THEIR RESPECTIVE AFFILIATES, PARENTS, RELATED ENTITIES, OWNERS, GOVERNORS, OFFICERS, DIRECTORS, PARTNERS, PRINCIPALS, MANAGEMENT, EMPLOYEES, AGENTS AND COLLECTIVE BARGAINING UNITS FROM ALL ACTIONS, SUITS, CLAIMS, JUDGMENTS, INJURIES AND/OR OTHER DAMAGES RELATING TO OR ARISING FROM SUCH CAUSES OR OTHERWISE OCCURRING AT OR IN CONNECTION WITH THE EVENT TO THE FULLEST EXTENT OF THE LAW.

This ticket is a revocable license, which may be withdrawn and admission refused at any time upon refunding Holder the printed purchase price. Holder's failure to comply with any of the following conditions will automatically terminate this license, and shall constitute grounds for denial of admission or removal from the United Center; cancellation of this ticket without refund, and shall render illegal the Holder's use of this ticket for any purpose. This ticket must be presented for admission into the United Center for the event specified on this ticket. Bottles, coolers or containers of any kind, food or beverages (unless medically necessary), fireworks, illegal substances, weapons, or noisemakers may not be brought into the United Center and may be confiscated. Holder consents to and is subject to search. Smoking is restricted to designated areas. Holder shall not act in a disorderly manner. Holder shall not transmit or aid in transmitting any description, account, picture or other depiction, game information, or reproduction of the event, including pre- and post-event activities. Tickets may not be offered for resale in any manner that would violate any law or regulation. Breach of any of the conditions of this ticket shall subject Holder to all legal remedies available.

Holder consents to the use without additional authorization or compensation of his/her image, likeness, actions and/or statements incidental to any live or recorded photographic, audio or video displays, broadcasts or other transmissions, exhibitions, publications or reproductions made of or at the Event. This ticket may not be used for advertising, promotion, contests, sweepstakes or other commercial purpose without express written consent. Any non-editorial or commercial use of any term or league mark is prohibited without express written approval.

Tickets obtained from unauthorized sources may be lost, stolen or counterfeit and may not be honored. No refunds or exchanges except as otherwise noted herein. Tickets cannot be replaced if lost, stolen or destroyed. Event dates and times subject to change without notice.

Inquires regarding parking and other services available for disabled guests may be obtained by telephoning the United Center (312) 455-4500   TTY (312) 455-4519.



Thank you for choosing TicketFast®.



follow us on twitter

**@unitedcenter**

### Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

| EUC0727E | Section: SEC3 | Row:  8 | Seat:  14 |
|---|---|---|---|

9147 7372 4344 2770

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

USBCDC00079132

| Message | |
|---|---|
| **From:** | Boyers, Zachary M [/O=USBANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7137A08E3EA48F4BB9906C32C54129F-ZMBOYER] |
| **Sent:** | 3/22/2018 9:40:10 AM |
| **To:** | Zachary Boyers [zackboyers@sbcglobal.net] |
| **Subject:** | Fwd: [EXTERNAL] OTR II |
| **Attachments:** | image001.png; OTR2 Aug11 Tickets.pdf |

Get Outlook for iOS

---

From: Michael Qualizza <q@urbandevfund.com>
Sent: Thursday, March 22, 2018 7:52 AM
Subject: [EXTERNAL] OTR II
To: Boyers, Zack M <zachary.boyers@usbank.com>

Tickets

**Michael Qualizza**
Urban Development Fund, LLC
Q@urbandevfund.com
847.943.9389 Direct
312.896.9568 Fax

www.urbandevfund.com



--------------------------------------------------------------------------------
This E-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521 and is legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

28

USBCDC00079213

# This is your ticket.
Present this entire page at the event.

**ticketmaster®**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ISSUED TO | MICHAEL QUALIZZA | | SECTION | SEC A1 | ROW | 18 | SEAT | 17 |

ORDER NUMBER 26-33919 CH1

5314 6976 2447 6541

© 2018 Ticketmaster. All rights reserved.

| | |
|---|---|
| SF0811 | SEC A1 18 17 M 354.00 |
| .71CCTX | FLOOR SEATING |
| 19.00 | |
| SEC A1 | JAY-Z AND BEYONCE |
| ZIP 55X | OTR II |
| 18  17 | SOLDIER FIELD-CHICAGO, IL |
| 4630849 | RAIN OR SHINE |
| M22MAR8 | SAT AUG 11 2018 7:30PM |

| |
|---|
| ESF0811 |
| MC |
| CN 25978 |
| SEC A1 |
| CITPR |
| 18 |
| 354.00 |
| 17 |



GET IN GUARANTEED
WITH TICKETMASTER
VERIFIED TICKETS



ticketmaster®
VERIFIED TICKETS



MAKE NO SMALL PLANS
BOOK YOUR NEXT EVENT AT SOLDIER FIELD
WWW.SOLDIERFIELD.NET  312-235-7150



SMG

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.

SOLDIER FIELD
stadium in a park

INDOOR & OUTDOOR STADIUM SPACES AVAILABLE
WWW.SOLDIERFIELD.NET
312-235-7000

## Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

| ESF0811 | Section: SEC A1 | Row: 18 | Seat: 17 |
|---|---|---|---|



5314 6976 2447 6541

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

USBCDC00079214

## This is your ticket.
Present this entire page at the event.

**ticketmaster®**

| | | | | |
|---|---|---|---|---|
| ISSUED TO | MICHAEL QUALIZZA | SECTION SEC A1 | ROW 18 | SEAT 18 |
| ORDER NUMBER | 26-33919 CH1 | | | |

© 2018 Ticketmaster. All rights reserved.

```
SF0811      SEC A1 18 18 M 354.00        ESF0811
.71CCTX     FLOOR SEATING                MC
19.00                                    CN 58234
SEC A1      JAY-Z AND BEYONCE            SEC A1
ZIP 55X     OTR II                       CITPR
18  18      SOLDIER FIELD-CHICAGO, IL    18
4630849     RAIN OR SHINE                354.00
M22MAR8     SAT AUG 11 2018 7:30PM       18
```

9902 3969 7852 9739



### GET IN GUARANTEED
### WITH TICKETMASTER
### VERIFIED TICKETS



**ticketmaster®**
VERIFIED TICKETS



SOLDIER FIELD
stadium in a park

### MAKE NO SMALL PLANS
*BOOK YOUR NEXT EVENT AT SOLDIER FIELD*
WWW.SOLDIERFIELD.NET   312-235-7150



This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.

SOLDIER FIELD
stadium in a park

### INDOOR & OUTDOOR STADIUM SPACES AVAILABLE
## WWW.SOLDIERFIELD.NET
## 312-235-7000

### Important Instructions:
- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

```
ESF0811      Section: SEC A1      Row: 18   Seat: 18
```



9902 3969 7852 9739

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

USBCDC00079215

## This is your ticket.
Present this entire page at the event.

**ticketmaster®**

ISSUED TO  MICHAEL QUALIZZA

SECTION  SEC A1  ROW  18  SEAT  19

ORDER NUMBER 26-33919 CH1

| | |
|---|---|
| SF0811 | SEC A1 18 19 M 354.00 |
| .71CCTX | FLOOR SEATING |
| 19.00 | |
| SEC A1 | JAY-Z AND BEYONCE |
| ZIP 55X | OTR II |
| 18  19 | SOLDIER FIELD-CHICAGO, IL |
| 4630849 | RAIN OR SHINE |
| M22MAR8 | SAT AUG 11 2018 7:30PM |

ESF0811
MC
CN 24954
SEC A1
CITPR
18
354.00
19

4973 5533 4152 9654

© 2018 Ticketmaster. All rights reserved.



GET IN GUARANTEED
WITH TICKETMASTER
VERIFIED TICKETS

**ticketmaster®**
VERIFIED TICKETS



MAKE NO SMALL PLANS
BOOK YOUR NEXT EVENT AT SOLDIER FIELD
WWW.SOLDIERFIELD.NET  312-235-7150
SMG

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.



INDOOR & OUTDOOR STADIUM SPACES AVAILABLE
**WWW.SOLDIERFIELD.NET**
**312-235-7000**

## Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket
  may prevent your admittance to the event.

ESF0811    Section: SEC A1    Row:  18   Seat:  19



4973 5533 4152 9654

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

31

USBCDC00079216

## This is your ticket.
Present this entire page at the event.

**ticketmaster®**

| ISSUED TO | MICHAEL QUALIZZA | SECTION | SEC A1 | ROW | 18 | SEAT | 20 |

ORDER NUMBER 26-33919 CH1

```
SF0811      SEC A1 18 20 M 354.00       ESF0811
.71CCTX     FLOOR SEATING               MC
19.00                                   CN 57210
SEC A1      JAY-Z AND BEYONCE           SEC A1
ZIP 55X     OTR II                      CITPR
18  20      SOLDIER FIELD-CHICAGO, IL   18
4630849     RAIN OR SHINE               354.00
M22MAR8     SAT AUG 11 2018 7:30PM      20
```

5522 1992 8445 8479

© 2018 Ticketmaster. All rights reserved.



GET IN GUARANTEED
WITH TICKETMASTER
VERIFIED TICKETS



**ticketmaster®**
VERIFIED TICKETS



MAKE NO SMALL PLANS
BOOK YOUR NEXT EVENT AT SOLDIER FIELD
WWW.SOLDIERFIELD.NET   312-235-7150


SMG

This ticket is a revocable license to attend the event listed on the front of the ticket and is subject to the full terms found at www.ticketmaster.com. Such license may be revoked without refund for noncompliance with terms. Unlawful sale or attempted sale prohibited. Tickets obtained from unauthorized sources may be invalid, lost, stolen, or counterfeit and if so are void. This ticket may not be resold for an amount in excess of the face value of the ticket without the written consent of issuer. Maximum resale restrictions may apply, e.g.: PA: greater of $5 or 25% of ticket price plus tax; NY: if venue seats more than 5,000 persons, ticket may not be resold within 1,500 feet from the physical structure of this place of entertainment under penalty of law. In the event a legal baseball game is not played, ticket may be exchanged for same price seat for either: (a) rescheduled game, if any; or, if applicable, (b) any home game within 12 months of original game, if available. Complimentary tickets not exchangeable or redeemable for any benefit offered to tickets with a dollar value. TIME, OPPONENT, ROSTERS AND DATE SUBJECT TO CHANGE. This ticket may not be used for advertising, promotion or other trade purposes without the written consent of issuer. Applicable taxes are included. Holder assumes all risks occurring before, during or after event, including injury by any cause, and releases management, facility, league, participants, clubs, artists, their representatives and personnel, Ticketmaster, and their respective affiliates and representatives from any related claims.

Take care of your ticket, as it can't be replaced if lost, stolen or destroyed, and is valid only for event and seat printed on ticket.

SOLDIER FIELD
*stadium in a park*

INDOOR & OUTDOOR STADIUM SPACES AVAILABLE
**WWW.SOLDIERFIELD.NET**
**312-235-7000**

## Important Instructions:

- The barcode only allows one entry per scan.
- Unauthorized duplication or sale of this ticket may prevent your admittance to the event.

ESF0811        Section: SEC A1      Row:  18   Seat:  20


**5522 1992 8445 8479**

Keep this ticket in a safe place as you would money or regular tickets. Ticketmaster® is not responsible for any inconvenience caused by unauthorized duplication. In the event that duplicate copies appear, the Facility reserves the right to refuse entry to all ticket holders and may credit the original purchaser the face value which will constitute full remuneration. The event date and time is subject to change without notice.

 Thank you for choosing TicketFast®.

USBCDC00079217

Message

| | |
|---|---|
| **From:** | Michael Qualizza [q@urbandevfund.com] |
| **Sent:** | 8/11/2018 3:14:57 PM |
| **To:** | Boyers, Zachary M [zachary.boyers@usbank.com] |
| **Subject:** | [EXTERNAL] Fwd: IMPORTANT ALERT: Jay-Z & Beyonce - OTR II Update |

---

**EXTERNAL** email. Use caution when opening attachments or links from unknown senders.

Begin forwarded message:

> **From:** "Ticketmaster Fan Support" <Notification@email.Ticketmaster.com>
> **Date:** August 11, 2018 at 2:11:41 PM MDT
> **To:** <MQUALIZZA@YAHOO.COM>
> **Subject: IMPORTANT ALERT: Jay-Z & Beyonce - OTR II Update**
> **Reply-To:** "Ticketmaster Fan Support" <reply-fec815727c60017f-21_HTML-123557571-7222895-15@email.ticketmaster.com>

**ticketmaster®**

Attention Fan!

This message is being sent on behalf of Soldier Field regarding your upcoming event.

Jay-Z & Beyonce - OTR II Update
Soldier Field
Saturday, August 11th @ 7:30pm

**Opening Times:**
Parking Lots Open @ 3:30pm
Gates Open @ 5:30pm
Concert Starts @ 7:30pm

**Opening Acts:**
Chloe X Halle
DJ Khaled

**Tickets & Will Call:**
Tickets can be purchased **HERE** or at the box office located outside Gate 10.

**Food & Beverage:**
Miller Lite Beer Garden (outside Gates 3 & 5) opens at 5pm.

USBCDC00079271

The Midway (behind sections 136/138) & The United Club (behind sections 112 & 106) are open to all fans during the event.

**Bag Policy:**
Approved bags are limited to:

- Bags that are clear plastic and do not exceed 12"x6"x12"
- One-gallon clear plastic freezer bags (Ziploc bag or similar)
- Small clutch bags, maximum size of 4.5"x6.5", with or without a handle or strap, may be carried into the stadium along with one of the clear bag options.

**Prohibited Items:**
Alcoholic beverages & alcohol, bags/purses (see bag policy), balloons and beach balls, cans, bottles or other beverage containers, cameras with lenses longer than 3 inches, confetti, coolers, drones/unmanned aircraft systems, fireworks, smoke bombs, ice chests, illegal drugs, laser pens and pointers, noise-making devises (i.e. horns, whistles, etc), poles to display banners or flags, seat cushions with zippers, selfie sticks, smokeless cigarettes/e-cigarettes, strollers, umbrellas, video or movie cameras, weapons of any kind, any other items deemed to be dangerous or inappropriate.

Questions? Please reply to this email, or get answers right now.

Thanks for being a fan!
Ticketmaster Fan Support

Ticketmaster, Attn: Fan Support, 1000 Corporate Landing, Charleston, WV 25311

Ticketmaster    |    Terms Of Use    |    Privacy    |    International

© 2018 Ticketmaster. All rights reserved

USBCDC00079272

Message

| | |
|---|---|
| **From:** | Michael Qualizza [q@urbandevfund.com] |
| **Sent:** | 11/16/2018 3:21:13 PM |
| **To:** | Boyers, Zachary M [zachary.boyers@usbank.com] |
| **Subject:** | [EXTERNAL] RE: Hey! |

**EXTERNAL** email. Use caution when opening attachments or links from unknown senders.

I am on it.....

I will let know when I am in STL next.

Q

---

**From:** Boyers, Zack M <zachary.boyers@usbank.com>
**Sent:** Thursday, November 15, 2018 10:05 PM
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** Hey!

Q,

Been too long! Hope all is well. Any chance you're in STL sometime soon?

Wanted to see if there's availability at the Roosevelt for 4 nights after New Years. Want to head down with my kids jan 2-6 and need two rooms, one King for me and Rach, one for my kids and my daughters boyfriend (a double— they can share!). I can stay elsewhere, but thought I'd ask.

Miss you, brother. Hope you and yours are well. Will you be in Colorado in March by chance?

Z

Get Outlook for iOS

U.S. BANCORP made the following annotations

---------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your

Confidential   USBCDC00079283

cooperation.

--------------------------------------------------------------------------

Confidential

USBCDC00079284

Message

---

**From:**    Michael Qualizza [q@urbandevfund.com]
**Sent:**    11/29/2018 5:51:23 PM
**To:**    Boyers, Zachary M [zachary.boyers@usbank.com]
**Subject:**    [EXTERNAL] RE: RE: RE: RE: Room Request - Jan 2-6

---

**EXTERNAL** email. Use caution when opening attachments or links from unknown senders.

Ur not.....no worries. I got you.

**From:** Boyers, Zack M <zachary.boyers@usbank.com>
**Sent:** Thursday, November 29, 2018 11:50 AM
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** Re: RE: RE: RE: Room Request - Jan 2-6

Sorry to bother you with this!!!!

Get Outlook for iOS

---

**From:** Michael Qualizza <q@urbandevfund.com>
**Sent:** Thursday, November 29, 2018 11:47 AM
**To:** Boyers, Zack M
**Subject:** [EXTERNAL] RE: RE: RE: Room Request - Jan 2-6

**EXTERNAL** email. Use caution when opening attachments or links from unknown senders.

Annoying...

---

**From:** Boyers, Zack M <zachary.boyers@usbank.com>
**Sent:** Thursday, November 29, 2018 11:47 AM
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** Re: RE: RE: Room Request - Jan 2-6

Haven't heard about date changes 1/3-7... should I have ?

Get Outlook for iOS

---

**From:** Michael Qualizza <q@urbandevfund.com>
**Sent:** Thursday, November 29, 2018 11:40 AM
**To:** Boyers, Zack M
**Subject:** [EXTERNAL] RE: RE: Room Request - Jan 2-6

**EXTERNAL** email. Use caution when opening attachments or links from unknown senders.

They take care of you?

Q

---

**From:** Boyers, Zack M <zachary.boyers@usbank.com>
**Sent:** Wednesday, November 28, 2018 8:53 AM
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** Re: RE: Room Request - Jan 2-6

Confidential

USBCDC00087531

Hey there, any word on this and the change of days to 1/3-7?

Thx

Get Outlook for iOS

---

**From:** Michael Qualizza <q@urbandevfund.com>
**Sent:** Wednesday, November 21, 2018 10:01 AM
**To:** Boyers, Zack M
**Subject:** [EXTERNAL] RE: Room Request - Jan 2-6

EXTERNAL email. Use caution when opening attachments or links from unknown senders.

On it

-----Original Message-----
From: Boyers, Zack M <zachary.boyers@usbank.com>
Sent: Wednesday, November 21, 2018 9:57 AM
To: Michael Qualizza <q@urbandevfund.com>
Subject: RE: Room Request - Jan 2-6

Yes! With one twist-- dates are now 1/3-1/7. (sorry!)

-----Original Message-----
From: Michael Qualizza [mailto:q@urbandevfund.com]
Sent: Wednesday, November 21, 2018 9:45 AM
To: Boyers, Zack M <zachary.boyers@usbank.com>
Subject: [EXTERNAL] FW: Room Request - Jan 2-6

EXTERNAL email. Use caution when opening attachments or links from unknown senders.

Work?

> On Nov 16, 2018, at 4:06 PM, Tod Chambers <Tod.Chambers@waldorfastoria.com> wrote:
>
> Neil,
>
> Will a 199 rate work for them with a upgrade to a nice suite?
>
> Thank you
>
> Tod
>
> -----Original Message-----
> From: Neil Freeman [mailto:nfreeman@ariescapital.com]
> Sent: Friday, November 16, 2018 9:44 AM
> To: Tod Chambers <Tod.Chambers@waldorfastoria.com>
> Cc: Greg Lombardi <Greg.Lombardi@waldorfastoria.com>

38

USBCDC00087532

> Subject: Room Request - Jan 2-6
>
> Hi Tod and Greg. Thank you for all of your help.
>
> One of our important bankers, Zach Boyers of US Bank, who financed our Tax Credits at the Roosevelt, would like to come to New Orleans from Jan 2- 6. They need 2 rooms, a king room for Mr. Boyers and his wife Rachel and a room with 2 beds for his kids. What rate can you offer? Can you upgrade Mr .Boyers room?
>
> Thanks, Neil Freeman
>
> Sent from my iPad
>
> _____
>
> This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2018 Hilton Proprietary and Confidential


U.S. BANCORP made the following annotations
------------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.


------------------------------------------------------------------------


U.S. BANCORP made the following annotations
------------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.


------------------------------------------------------------------------


U.S. BANCORP made the following annotations
------------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.


------------------------------------------------------------------------

Confidential

USBCDC00087533

U.S. BANCORP made the following annotations

-----------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

-----------------------------------------------------------------------

Confidential

USBCDC00087534

**From:** Boyers, Zack M <zachary.boyers@usbank.com>
**Sent:** Sunday, January 13, 2019 4:20 PM CST
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** Re: FW: Roosevelt Hotel Credit Card Authorization Form

Had a great time!  Thanks again. Hope you and yours are well!  Looks like the Last is coming along. ETA?


Z


Get Outlook for iOS

---

**From:** Boyers, Zack M <zachary.boyers@usbank.com>
**Sent:** Friday, November 30, 2018 9:25 AM
**To:** Michael Qualizza
**Subject:** Re: [EXTERNAL] FW: Roosevelt Hotel Credit Card Authorization Form


THANK YOU!!!!

Get Outlook for iOS

---

**From:** Michael Qualizza <q@urbandevfund.com>
**Sent:** Friday, November 30, 2018 9:12 AM
**To:** Boyers, Zack M
**Subject:** [EXTERNAL] FW: Roosevelt Hotel Credit Card Authorization Form

> **EXTERNAL** email. Use caution when opening attachments or links from unknown senders.

Getting you the reservations, hes on vacation.

---

**From:** Christopher Galvin <Christopher.Galvin@waldorfastoria.com>
**Sent:** Wednesday, November 28, 2018 4:27 PM
**To:** Michael Qualizza <q@urbandevfund.com>
**Subject:** RE: Roosevelt Hotel Credit Card Authorization Form

Good Afternoon Mr. Qualizza,

Sorry for the delayed response.  I have made two reservations for Mr. Boyer for 1/3 – 1/7/19 per your request.

Christopher Galvin
Revenue Analyst
The Roosevelt New Orleans, A Waldorf Astoria Hotel

 

130 Roosevelt Way | New Orleans, LA 70112
P: (504) 335-3134 | F: (504) 569-1938
christopher.galvin@waldorfastoria.com



2018 CNN, Top 20 of America's Most Beautiful Hotels
2018 Gambit's Best of New Orleans, Best Hotel
2018 New Orleans CityBusiness Reader Rankings, Best Hotel
2018 Best Hotel Bar, The Sazerac Bar, USA Today 10Best
2017 Southern Living, The South's Top 10 Hotels
2017 Gambit's Best of New Orleans, Best Hotel
2017 New Orleans CityBusiness Reader Rankings, Best Hotel



---

This transmission is not a digital or electronic signature and cannot be used to form, document, or authenticate a contract. Hilton and its affiliates accept no liability arising in connection with this transmission. Copyright 2015 Hilton Worldwide Proprietary and Confidential.

U.S. BANCORP made the following annotations
--------------------------------------------------------------------
Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

--------------------------------------------------------------------