# EXHIBIT S

## PENDING MOTION TO SEAL