IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U.S. BANK, National Association, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-00120-NAB |
| MICHAEL QUALIZZA, NEIL D. FREEMAN, TIMOTHY DIXON, | ) |
| Defendants and Counterclaimants, | ) |
| and | ) |
| DFQ MANAGEMENT LLC, and 1501 WASHINGTON ST. LOUIS, LLC, | ) |
| Counterclaimants, | ) |
| v. | ) |
| U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, and U.S. BANK, NATIONAL ASSOCIATION, | ) |
| Counterclaim Defendants. | ) |

**<u>JAMES F. BENNETT'S, MICHELLE D. NASSER'S, AND MATT D. AMPLEMAN'S NOTICE OF WITHDRAWAL WITH RESPECT TO REPRESENTATION OF TIMOTHY DIXON ONLY</u>**

James F. Bennett, Michelle D. Nasser, and Matt D. Ampleman respectfully submit this notice of withdrawal with respect to their representation of only Timothy Dixon who has obtained substitute counsel in this matter. James F. Bennett, Michelle D. Nasser, and Matt D. Ampleman remain counsel of record for Neil D. Freeman, 1501 Washington St. Louis, LLC, and DFQ Management LLC.

1

**Dowd Bennett LLP**

By: */s/ James F. Bennett*
James F. Bennett
Michelle D. Nasser
Matt D. Ampleman
7733 Forsyth Blvd, Suite 1900
St. Louis, MO 63105
Phone: (314) 889-7300
Fax: (314) 863-2111
jbennett@dowdbennett.com
mnasser@dowdbennett.com
mampleman@dowdbennett.com

Attorneys for Defendant and Counterclaimant Neil D. Freeman, and for Counterclaimants DFQ Management LLC, and 1501 Washington St. Louis, LLC.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served upon all parties and/or counsel listed below electronically through the Court's ECF system on this 18th day of August, 2022.

Mike W. Bartolacci
Mark V. Bossi
Elizabeth A. Casale
One U.S. Bank Plaza
St. Louis, Missouri 63101
(314) 552-6000 (Phone)
(314) 552-7000 (Fax)

Attorneys for Plaintiff U.S. Bank National Association and Counterclaim Defendant U.S. Bancorp Community Development Corporation

*/s/ James F. Bennett*