# EXHIBIT A

Message

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮ [/O=USBANK/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A7137A08E3EA48F4BB9906C32C54129F-ZMBOYER] |
| **Sent:** | 6/23/2020 2:52:51 PM |
| **To:** | ▮▮▮▮▮▮▮ |
| **CC:** | ▮▮▮▮▮▮▮ |
| **Subject:** | RE: Policy Matters |

,

I understand the concerns stated below and understand the existing U.S. Bank Gifts and Entertainment policy. I will not violate these policies. I also will ensure the CDC team, specifically the Business Development teams, are well aware of the US Bank Gifts and Entertainment policy.

I appreciate our discussion today, and I will play close attention to these matters going forward.

Thank you,



**From:** ▮▮▮▮▮▮▮
**Sent:** Tuesday, June 23, 2020 1:30 PM
**To:** ▮▮▮▮▮▮▮
**Cc:** ▮▮▮▮▮▮▮
**Subject:** Policy Matters

,

Per our meeting today, I am given a verbal warning to you regarding matters related to violating the US Bank Gifts and Entertainment Policy. This matter resulted from you accepting concert tickets, a hotel room, and dinner reservations from a CDC client, Michael Qualizza several years ago. As discussed, the timing of these matters was prior to recent clarification of the current Gifts and Entertainment policy; but, represent a concern as it has or may have been a conflict with practices considered acceptable for our business.

Please acknowledge that you understand the concerns. Also, acknowledge that you understand the existing U.S. Bank Gifts and Entertainment policy; and, in the future, will not violate these policies.

Also, it is my expectation that you will ensure the CDC team, specifically the Business Developers, are well aware of the US Bank Gifts and Entertainment policy. I appreciate the seriousness in which you have responded to this matter, and trust you will play close attention to this policy going forward.

Regards,