# EXHIBIT 17

```
           IN THE EASTERN DISTRICT COURT
        FOR THE EASTERN DISTRICT OF MISSOURI
                  EASTERN DIVISION
------------------------------------------------x
U.S. BANK, National Association

                    Plaintiff,
                              Case No. 4:21-cv-00120
              v.

MICHAEL QUALIZZA, NEIL D. FREEMAN,
TIMOTHY DIXON,

                    Defendants and Counterclaimants,
and

DFQ MANAGEMENT LLC, and 1501 WASHINGTON ST. LOUIS,
LLC,
                    Counterclaim Defendants
------------------------------------------------x
```

November 21, 2022
10:00 a.m.
488 Madison Avenue
New York, New York

EXPERT TESTIMONY OF DANIEL H. LESSER, appearing at the above-mentioned time and place, before ANNMARIE OAKLEY, a Notary Public of the State of New York.

1                     D. LESSER
2    EXAMINATION BY MR. KINGSTON:
3              (USB3826 to USB3958 was introduced as
4               Exhibit DHL-1.)
5              (Seven-page document was introduced as
6               Exhibit DHL-2)
7              (Four-page document was introduced as
8               Exhibit DHL-3.)
9              (Three-page document was introduced as
10              Exhibit DHL-4.)
11       Q.   Mr. Lesser, we met briefly off-the-record.
12   My name is John Kingston and I represent the
13   plaintiff and the counterclaim defendant in this
14   case.  I understand that you have been retained to
15   provide expert testimony on behalf of both the
16   defendants and the counterclaimants, is that so?
17       A.   I believe that is correct.
18       Q.   Tell me the opinions that you intend to
19   provide at trial.
20       A.   Based on my review and experience I did
21   not find any evidence that any comparable hotel in
22   the St. Louis business direct where profitable in
23   2020.  Additionally, I did not find any comparable
24   hotels in markets that were able to meet,
25   incomparable markets, that were able to meet the

1  D. LESSER
2  last hotels debt service coverage ratio during the
3  height of the pandemic.
4      Specifically, I did not find any comparable
5  hotel located in the CBD in St. Louis or a
6  comparable market determined further as Louisville,
7  Cincinnati, Kansas City and Indianapolis that would
8  have met the last hotels required debt service
9  coverage ratio in December 2020 based on the last
10 hotels debt service per available room compared to
11 net operating income on a per available room basis
12 of the comparable hotels.
13     Finally, most lenders offered flexibility to
14 hotel owners during the pandemic.  Based on my
15 review and experience I'm not aware of any
16 circumstance in which a lender matured a hotel loan
17 and did not extend its terms during the height of
18 the pandemic.
19     Q.   Have you fully described for me the
20 opinions that you intend to offer at trial?
21     A.   Yes, sir.
22     Q.   When you say "based on your review and
23 experience" what exactly did you review?  And I will
24 clarify.  Mr. Lesser, you recall your statement
25 regarding your review and experience related to

<mark>Page 9</mark>

```
 1                    D. LESSER
 2     the world froze I along with most of my industry
 3     colleagues were intensely speaking with each other
 4     all day, everyday, trying to figure out what was
 5     going on, what was happening in the market and there
 6     with a strong sense of collegiality and partnership
 7     given that COVID came out of the middle of nowhere
 8     as nobody expected it.  The tremendous downturn the
 9     industry experienced due to lockdowns was
10     unprecedented particularly compared to other
11     downturns like after 9/11 and after the great
12     financial crisis.  And coming back to my conclusion,
13     based on my review and experience during this
14     timeframe I'm not aware of any circumstance where a
15     lender matured a hotel loan and did not extend its
16     term during the height of the pandemic.
17         Q.   Can you identify any particular borrower
18     that requested that the terms of a loan be extended
19     during the height of the pandemic?
20         A.   Not off the top of my head.
21         Q.   So as far as the facts or data that would
22     go into that review you can't identify a single
23     borrower that requested an extension, is that so?
24         A.   Not off the top of my head.
25         Q.   Do you know if your file in this
```

1                    D. LESSER
2       Q.   Nor are you going to offer any testimony
3    as to whether the guarantor's performance was
4    impossible, is that right?
5       A.   That is correct.
6       Q.   By taking a broader view you do have an
7    opinion as to whether or not COVID impaired the
8    ability of participants in the hotel market to
9    perform in general?
10      A.   That's fair.
11      Q.   And did it in your view?
12              MS. NASSER:  Objection.  Vague.
13      A.   Yeah, I'm not clear.  Did what?
14      Q.   Did the COVID pandemic impair the
15   operations of hotels in the hotel industry based on
16   the experience that you just describe to us?
17      A.   Very much so.  In a negative manner, yes.
18      Q.   The pandemic effected the operations of
19   participants in the hotel market in a negative
20   manner, is that right?
21      A.   Yes.
22      Q.   Would you say that negative effect was
23   material or immaterial?
24              MS. NASSER:  Objection.  Calls for
25   legal conclusion.

1  D. LESSER

2     A.   I'm not an attorney.

3     Q.   Just based on your opinion as somebody who's been operating in this industry for 40 years would you say that the effect was material or immaterial?

7     A.   I would say that nationally, regionally, and locally, the hotel industry experienced a precipitous decline in 2020 as measured by all reliable indicators of financial performance.

11    Q.   That sounds pretty material to me.  Does it sound material to you, sir?

13           MS. NASSER:  Objection.  Calls for a legal conclusion.  Asked and answered.

15    A.   Excuse me.  I haven't used the word material in my testimony or in my report.  I used the word precipitous decline.

18    Q.   You're familiar with the word material, yes?

20    A.   I'm familiar with the word.  I can't tell you I'm an expert on the formal dictionary definition of that term.

23    Q.   What your understanding of what the word material means?

25    A.   Significant.