# EXHIBIT J

## Page 1

```
 1   IN THE UNITED STATES DISTRICT COURT
     FOR THE EASTERN DISTRICT OF MISSOURI
 2              EASTERN DIVISION
 3
 4  U.S. BANK, National Association,  )
                                      )
 5    Plaintiff,                      )
                                      ) Case No.
 6        vs.                         ) 4:21-cv-00120
                                      )
 7  MICHAEL QUALIZZA, NEIL D. FREEMAN,)
    TIMOTHY DIXON,                    )
 8                                    )
      Defendants and Counterclaimants,)
 9                                    )
          and                         )
10                                    )
    DFQ MANAGEMENT LLC, and           )
11  1501 WASHINGTON ST. LOUIS, LLC,   )
                                      )
12    Counterclaimants,               )
                                      )
13        vs.                         )
                                      )
14  U.S. BANCORP COMMUNITY            )
    DEVELOPMENT CORPORATION, and      )
15  U.S. BANK, NATIONAL ASSOCIATION,  )
                                      )
16    Counterclaim Defendants.        )
17
18
19      VIDEO-RECORDED DEPOSITION OF
             ZACHARY M. BOYERS
20
           TAKEN ON BEHALF OF
21    MICHAEL QUALIZZA AND THE
        CORPORATE COUNTERCLAIMANTS
22
            SEPTEMBER 19, 2022
23
24  (Starting time of the deposition:  9:08 a.m.)
25
```

## Page 2

          I N D E X
QUESTIONS BY:                          PAGE
  MR. BENNETT                             8
  MR. BARNES                            211
  MR. BENNETT                           261


          E X H I B I T S
EXHIBIT                                PAGE
Exhibit 1    6-21-16 chat               58
Exhibit 2    1-13-17 e-mail chain       62
Exhibit 3    1-23-17 e-mail chain       74
Exhibit 4    1-23-17 e-mail chain       83
Exhibit 5    1-24-17 Hansen e-mail      88
Exhibit 6    2-15-17 e-mail chain       90
Exhibit 7    3-3-17 chat                95
Exhibit 8    3-18-17 chat              100
Exhibit 9    6-1-17 chat               103
Exhibit 10   Gifts Solicited and Received  105
             chart w/attachments
Exhibit 11   3-7-17 chat               108
Exhibit 12   6-9-17 chat               109
Exhibit 13   6-9-17 Boyers e-mail      111
Exhibit 14   3-15-17 chat              112
Exhibit 15   3-13-17 Puricelli e-mail  115

## Page 3

Exhibit 16   7-27-17 chat              117
Exhibit 17   7-27-17 chat              117
Exhibit 18   CohnReznick Financial     123
             Projection Schedules
Exhibit 19   2-5-19 e-mail chain       126
Exhibit 20   3-27-19 Van't Hof e-mail  134
Exhibit 21   4-12-19 e-mail chain      135
Exhibit 22   4-18-19 e-mail chain      137
Exhibit 23   6-19-19 Hirschman e-mail  139
Exhibit 24   7-11-19 chat              140
Exhibit 25   8-8-19 e-mail chain       142
Exhibit 26   8-27-19 chat              144
Exhibit 27   9-19-19 e-mail chain      145
Exhibit 28   10-16-19 e-mail chain     148
Exhibit 29   10-25-19 e-mail chain     149
Exhibit 30   11-5-19 chat              151
Exhibit 31   11-19-19 e-mail chain     152
Exhibit 32   11-21-19 chat             162
Exhibit 33   12-3-19 e-mail chain      166
Exhibit 34   12-3-19 chat              167
Exhibit 35   12-4-19 e-mail chain      173
Exhibit 36   12-5-19 e-mail chain      177
Exhibit 37   12-30-19 e-mail chain     179
Exhibit 38   1-28-20 e-mail chain      182
Exhibit 39   2-3-20 e-mail chain       184

## Page 4

Exhibit 40   2-6-20 chat               186
Exhibit 41   2-11-20 e-mail chain      188
Exhibit 42   2-13-20 Donlan e-mail     193
Exhibit 43   2-18-20 chat              194
Exhibit 44   2-21-20 Lyss e-mail       196
Exhibit 45   2-21-20 Hansen e-mail     198
Exhibit 46   Problem credit monitoring 199
             report
Exhibit 47   7-22-20 e-mail chain      205
Exhibit 48   12-11-20 chat             208

(The original exhibits were retained by the court reporter to be attached to the original and copies of the transcript.)

Page 5

```
 1        IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF MISSOURI
 2                  EASTERN DIVISION
 3   U.S. BANK, National Association,   )
                                        )
 4       Plaintiff,                     )
                                        ) Case No.
 5       vs.                            ) 4:21-cv-00120
                                        )
 6   MICHAEL QUALIZZA, NEIL D. FREEMAN, )
     TIMOTHY DIXON,                     )
 7                                      )
       Defendants and Counterclaimants, )
 8                                      )
         and                            )
 9                                      )
     DFQ MANAGEMENT LLC, and            )
10   1501 WASHINGTON ST. LOUIS, LLC,    )
                                        )
11      Counterclaimants,               )
                                        )
12      vs.                             )
                                        )
13   U.S. BANCORP COMMUNITY             )
     DEVELOPMENT CORPORATION, and       )
14   U.S. BANK, NATIONAL ASSOCIATION,   )
                                        )
15      Counterclaim Defendants.        )
16        VIDEO-RECORDED DEPOSITION OF ZACHARY M. BOYERS,
     produced, sworn and examined on September 19, 2022,
17   between the hours of nine o'clock in the forenoon
     and four o'clock in the afternoon of that day, at
18   the offices of Thompson Coburn LLP, 505 North 7th
     Street, Suite 3500, St. Louis, Missouri 63101,
19   before William L. DeVries, a Certified Court
     Reporter (MO), Registered Diplomate Reporter, and
20   Certified Realtime Reporter, in a certain cause now
     pending in the United States District Court, Eastern
21   District of Missouri, Eastern Division, between
     U.S. BANK, National Association, Plaintiff, vs.
22   MICHAEL QUALIZZA, NEIL D. FREEMAN, TIMOTHY DIXON,
     Defendants and Counterclaimants; and DFQ MANAGEMENT
23   LLC, and 1501 WASHINGTON ST. LOUIS, LLC,
     Counterclaimants, vs. U.S. BANCORP COMMUNITY
24   DEVELOPMENT CORPORATION, and U.S. BANK, NATIONAL
     ASSOCIATION, Counterclaim Defendants; on behalf of
25   Michael Qualizza and the Corporate Counterclaimants.
```

Page 6

```
 1              A P P E A R A N C E S
 2   For the Plaintiff and Counterclaim Defendants:
 3       Mr. Michael Bartolacci
         Mr. John Kingston (via Zoom)
 4       Thompson Coburn LLP
         505 North 7th Street, 35th Floor
 5       St. Louis, Missouri 63101
         (314) 552-6000
 6       mbartolacci@thompsoncoburn.com
         jkingston@thompsoncoburn.com
 7
     For the Defendant Michael Qualizza and the
 8   Corporate Counterclaimants:
 9       Mr. James F. Bennett
         Mr. Matt D. Ampleman
10       Dowd Bennett LLP
         7733 Forsyth Blvd., 19th Floor
11       St. Louis, Missouri 63105
         (314) 889-7300
12       jbennett@dowdbennett.com
         mampleman@dowdbennett.com
13
     For Neil D. Freeman and Timothy Dixon as
14   Defendants and Counterclaimants:
15       Mr. Robert Barnes (via Zoom)
         Barnes Law, LLP
16       700 S. Flower Street, Suite 1000
         Los Angeles, California 90017
17       (213) 318-0234
         robertbarnes@barneslawllp.com
18
     Also present:
19
         Mr. Shaun Steele, Videographer
20       Lexitas Legal
21       Mr. Michael Qualizza (via Zoom)
22   Court Reporter:
         William L. DeVries, RDR/CRR
23       Missouri CCR #566
         Lexitas Legal
24       711 North Eleventh Street
         St. Louis, Missouri 63101
25       (314) 644-2191
```

Page 7

1    IT IS HEREBY STIPULATED AND AGREED by
2  and between counsel that this deposition may be
3  taken in shorthand by William L. DeVries, RDR/CRR, a
4  Certified Court Reporter and Certified Shorthand
5  Reporter, and afterwards transcribed into
6  typewriting; and the signature of the witness is
7  expressly reserved.
8                    * * * * *
9        ZACHARY M. BOYERS,
10 of lawful age, produced, sworn and examined on
11 behalf of Michael Qualizza and the Corporate
12 Counterclaimants, deposes and says:
13    (Starting time of the deposition: 9:08 a.m.)
14        VIDEOGRAPHER: We are on the record.
15 Today's date is September 19th, 2022, and the time
16 is 9:08 a.m. This is the video-recorded deposition
17 of Zachary Boyers in the matter of Michael Qualizza,
18 et al., versus U.S. Bancorp Community Development
19 Corporation, et al., Case Number 4:21-cv-00120-NAB,
20 in the United States District Court for the Eastern
21 District of Missouri, Eastern Division.
22        This deposition is being held at
23 Thompson Coburn, One U.S. Bank Plaza, Suite 3500,
24 St. Louis, Missouri 63101. The reporter's name is
25 Bill DeVries. My name is Shaun Steele. I'm a

Page 8

1  certified legal videographer. We are with Lexitas
2  Legal.
3        Would the attorneys present please
4  introduce themselves and the parties they represent?
5        MR. BARTOLACCI: I'm Mike Bartolacci,
6  and I represent the plaintiffs U.S. -- U.S. Bank,
7  NA, and the counterclaim defendant U.S. Bancorp
8  Community Development Corporation.
9        MR. BENNETT: It's Jim Bennett and Matt
10 Ampleman for Neil Freeman and the two corporate
11 counterclaimants.
12        MR. BARNES: Robert Barnes appearing
13 remotely on behalf of Michael Qualizza.
14        MR. BENNETT: And Tim Dixon also,
15 Robert?
16        MR. BARNES: Yes.
17        VIDEOGRAPHER: Would the court reporter
18 please swear in the witness?
19        COURT REPORTER: Do you swear or affirm
20 that the testimony you are about to give in this
21 proceeding will be the truth, the whole truth, and
22 nothing but the truth?
23        THE WITNESS: Yes, I do.
24                EXAMINATION
25 QUESTIONS BY MR. BENNETT:

## Page 153

1  Mr. Kramer reporting on a November 19 call with
2  credit and SAG, right?
3      A.  At the bottom?
4      Q.  Yes.
5      A.  Okay.  Sorry.  I see it.  I haven't
6  read it yet.
7      Q.  Well, does it make sense to you that
8  you and Mr. Hansen weren't responding to
9  Mr. Kramer's texts because these meetings were going
10 on with SAG and credit?
11     A.  It makes some sense, yes.
12     Q.  So there was a discussion at their
13 request to fund the balance of the loan and the
14 60 percent tax credit contribution, which looks to
15 be 8.2 million total.  And they offered to put up a
16 letter of credit.  So then it says (quote as read):
17         James and Kyle rejected the request.
18      Who are James and Kyle?
19     A.  James Robertson and Kyle Schmidt are
20 our credit approvers.  Kyle is the senior credit
21 officer and James reported to him.
22     Q.  It says number one (quote as read):
23         Funding our money in the current state
24         of things does nothing to help USB.
25      Right?

## Page 154

1      A.  It does.
2      Q.  It would help the developers, right?
3      A.  It may, yeah.
4      Q.  Okay.  So the things that are missing
5  from funding is you haven't bought the tax credits
6  or a bridge to them and there's a -- loan proceeds
7  that are still available; is that right?
8      A.  Correct.  Yes.  Getting it from this
9  e-mail, but yes.
10     Q.  Paric -- there was a resolution that
11 hadn't happened yet.
12     A.  Right.
13     Q.  And then there was a $391,000 loan lien
14 from a demo contractor?
15     A.  Correct.
16     Q.  Right?  That named U.S. Bank and CDE as
17 parties, right?
18     A.  Yes.
19     Q.  What did you know about that situation?
20     A.  Next to nothing.
21     Q.  I mean, did you know that it was so
22 frivolous that it was immediately dismissed?
23     A.  No.
24     Q.  And then it talks about (quote as
25 read):

## Page 155

1          Asking for this major concession while
2          at the same time subpoenaing our
3          records causing us to incur
4          inconvenience and legal costs does not
5          help their own cause.
6       Right?
7       A.  That's what it says.
8       Q.  If they needed the records for the
9  Paric arbitration didn't you want them to win the
10 Paric arbitration?
11      A.  Didn't I want them to win the Paric
12 arbitration?
13      Q.  Wouldn't the bank --
14      A.  I wanted the project to succeed.
15      Q.  So what business sense does it make for
16 the bank's perspective to get upset if the
17 developers are asking for records that would help
18 them in their dispute with Paric?
19      A.  I have to tell you that I don't know
20 what the issues were and I don't know why we decided
21 not to share those documents.  I don't know the
22 reasons.
23      Q.  Okay.  So you're getting copied on this
24 e-mail, right?
25      A.  I am.

## Page 156

1       Q.  Why?
2       A.  Presumably because of a long-standing
3  relationship with the customer, very long-standing,
4  and that I should be at least apprised of the
5  situation.
6       Q.  Were you ever asked to help the
7  situation by the bank, by anybody at the bank?
8       A.  No, not that I remember.  I mean, I --
9  the call that I made in January of 2020 would be one
10 where we decided -- my team decided that it would be
11 good for me to make a call.
12          By the way, I do remember we talked a
13 little bit about -- you asked me to bring up
14 anything else I remembered.  We talked about our
15 state new market tax credit deals that we were sort
16 of halfway in with them at the time.
17      Q.  Where were those deals?
18      A.  I think they were -- they were state
19 deals.  I think maybe Kentucky and maybe one other
20 state, and they were half sort of -- we fund
21 qualified equity investments and then later on we --
22 we meaning UDF and we sometimes play a role in
23 finding the deals for them to fund.  And at this
24 point in January of 2020 it was -- the relationship
25 was pretty messy and so our decision to stay in