**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL QUALIZZA, NEIL D. FREEMAN, TIMOTHY DIXON, | ) ) | |
| | ) | |
| Defendants and Counterclaimants, | ) | Case No. 4:21-cv-00120-MTS |
| | ) | |
| and | ) | |
| | ) | |
| DFQ MANAGEMENT LLC, and 1501 WASHINGTON ST. LOUIS, LLC, | ) ) | |
| | ) | |
| Counterclaimants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANCORP COMMUNITY DEVELOPMENT CORPORATION, and U.S. BANK NATIONAL ASSOCIATION, | ) ) ) | |
| | ) | |
| Counterclaim Defendants. | ) | |
| | ) | |

## WITHDRAWAL OF APPEARANCE

Jan Paul Miller hereby withdraws his appearance as counsel for U.S. Bank, National Association and U.S. Bancorp Community Development Corporation, in the above-captioned action.  Thompson Coburn LLP by Mark Bossi, Caleb Crahan, Brian Hockett and John Kingston remain entered as counsel of record for Defendant.

Respectfully submitted,

THOMPSON COBURN LLP


By */s/ Jan Paul Miller*

Jan Paul Miller, Missouri USDC, Eastern District - 58112
One US Bank Plaza
St. Louis, MO  63101
P: 314 552 6000
F: 314 552 7000
jmiller@thompsoncoburn.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2026, the foregoing was filed electronically with the Clerk of Court and served via electronic mail to all counsel of record.


*/s/  Jan Paul Miller*

- 2 -