**RECEIVED**

JUL 2 2 2025

**BY MAIL**

**Morgan Lewis**

**Emily E. Renshaw**
Partner
+1.617.951.8517
emily.renshaw@morganlewis.com

July 20, 2026

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court
111 South Tenth Street, Suite 3.300
St. Louis, Missouri 63102

Re:  *U.S. Bank National Association v. Michael Qualizza, Neil D. Freeman, Timothy Dixon/* **Case No. 4:21-cv-00120-MTS, United States District Court, Eastern District of Missouri, Eastern Division/Charles Schwab & Co., Inc.'s Answers to Interrogatories**

Dear Sir/Madam,

We represent Charles Schwab & Co., Inc. in connection with the above-captioned matter. Enclosed herewith for filing, please find Schwab's Answers to Interrogatories.

I have also enclosed a copy of Schwab's Answers to Interrogatories. Kindly file-stamp the enclosed copy and return it in the self-addressed stamped envelope enclosed.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Emily E. Renshaw

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

**T** +1.617.951.8517
**F** +1.617.341.7701

DB1/ 171958237.1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Plaintiff/Judgment Creditor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL QUALIZZA, NEIL D.FREEMAN, | ) | |
| TIMOTHY DIXON, | ) | |
| | ) | |
| Defendants/Judgment Debtors, | ) | Case No. 4:21-cv-00120-MTS |
| | ) | |
| and | ) | |
| | ) | |
| MICHAEL QUALIZA, NEIL D. FREEMAN, | ) | |
| TIMOTHY DIXON, DFQ MANAGEMENT, | ) | |
| LLC, and 1501 WASHINGTON ST. LOUIS, | ) | |
| LLC, | ) | |
| | ) | |
| Counterclaim Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| U.S. BANCORP COMMUNITY | ) | |
| DEVELOPMENT CORPORATION, and | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | |
| | ) | |
| Counterclaim Defendants. | ) | |

## CHARLES SCHWAB & CO, INC.'S ANSWERS TO INTERROGATORIES

Charles Schwab & Co., Inc. ("Schwab" or "Garnishee") hereby submits the

following Answers ("Answers") in response to the Writ of Garnishment (the "Writ") and

Interrogatories Directed to Garnishee ("Interrogatories")[1] served by Plaintiff on Schwab on June 23, 2026, as follows:

1. At the time of service of the garnishment, had you, or have you since that time had, or have you now in your possession, custody, or charge, any goods chattels, monies, credits or effects belonging to the Defendant and Judgment Debtor either individually or jointly with any other person or entity? If so, state what they were or are, their value, and identify each joint or co-owner, and attach copies of any documents reflecting the identity and/or ownership of any such goods, chattels, monies, credits or effects to your answer.

> **ANSWER:** Based on a review of Schwab's records, at the time of service of the Writ, at the time of this Answer and during the period in between such times, Schwab has identified 2 accounts[2] associated with the Defendant and Judgment Debtor: (1) Schwab Account No. XXX-1183, which is a Joint Tenant Brokerage Account maintained in the names of Neil Freeman and Wendy Loeff Freeman as joint tenants, containing $4,356.43 in cash and $0.00 in securities for a total account balance of $4,356.43; and (2) Schwab Account No. XXX-8805, which is an Individual Brokerage Account maintained in the name of Neil Freeman, containing $0.00 in cash and $0.00 in securities for a total account balance of $0.00. These accounts have been restricted. Schwab does not have a record of any other account(s) maintained at Schwab in the name of the Defendant and Judgment Debtor.

2. At the time of service of the garnishment, were you, or have you since become, or are you now in any way, indebted to the Defendant and Judgment Debtor? If

---

[1] As provided in the Interrogatories, "Defendant and Judgment Debtor" as used herein shall refer to Neil D. Freeman.

[2] These accounts are affiliated with a Florida address. Schwab is uncertain whether or to what extent the fact that the account holder appears to reside in Florida and/or that these are Florida accounts impacts the Writ.

your answer is "yes," state to what extent and in what manner the debt accrued, and if evidenced by any instrument in writing describe the same, state what has become of the same and under whose custody it is held, and attach a copy of this instrument to your answer.

> **ANSWER:** Based on a review of Schwab's records, at the time of service of the Writ, at the time of this Answer and during the period in between such times, Schwab was and remains indebted to the Defendant and Judgment Debtor Neil Freeman by virtue of the fact that Schwab has identified 2 accounts held at Schwab associated with the Defendant and Judgment Debtor: (1) Schwab Account No. XXX-1183, which is a Joint Tenant Brokerage Account maintained in the names of Neil Freeman and Wendy Loeff Freeman as joint tenants, containing $4,356.43 in cash and $0.00 in securities for a total account balance of $4,356.43; and (2) Schwab Account No. XXX-8805, which is an Individual Brokerage Account maintained in the name of Neil Freeman, containing $0.00 in cash and $0.00 in securities for a total account balance of $0.00.

3.  At the time you were summoned as Garnishee, or since that time, have you become, or are you now bound under, any contracts to pay the Defendant and Judgment Debtor, directly or to any other party on account of Defendant and Judgment Debtor, any monies which are not yet due? If your answer is "yes," state the nature of said contract, the names of the contracting parties, the amount of money to become due thereunder, when the same was or is due and payable, exactly to whom the money is due, and attach a copy of said contract to your answer.

**ANSWER:** No

4.  Have you paid to Defendant and Judgment Debtor, or to anyone acting as his agent or on his behalf, or to anyone on account of Defendant and Judgment Debtor, any money, property or effects since the time the garnishment summons herein was served on you? If your answer is "yes," state when the same was paid, the amount and nature of said

DB1/ 171230489.1

payment and to whom it was paid, in what capacity the recipient received it and if paid under the terms of a contract, attach a copy of said contract.

**ANSWER:** No

DB1/ 171230489.1

# ATTESTATION OF GARNISHEE

STATE OF COLORADO )
                   ) ss.
CITY OF LONE TREE )

    I, Ashley Martinez, Manager of Third Party Legal Process for Charles Schwab & Co., Inc., being first duly sworn and upon oath, states that the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
Ashley Martinez

Subscribed and sworn to before me this

2th day of July, 2026.

_____
[Notary Public]

My commission expires:

04/14/2027

| FLOR MARITZA BUSCHBACH |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20134060395 |
| MY COMMISSION EXPIRES APRIL 14, 2027 |

This envelope is only for FedEx Express® shipments.

...t your package safely to its destination by packing your
...**fedex.com/packaging** for packing tips.

FOLD on this line and place in shipping pouch with bar code and delivery address visible

Service Guide,

RECEIVED
JUL 22
BY MAIL

SHIP DATE: 21JUL26
ACTWGT: 0.50 LB
CAD: 2881124348/FXFR2208

BILL SENDER

ORIGIN ID:LWMA
EMILY RENSHAW
MORGAN LEWIS & ...
ONE FEDERAL STRE...
BOSTON, MA 02110
UNITED STATES US

TO CLERK OF COU...
UNITED STATES DISTRICT COURT
111 SOUTH TENTH STREET, SUITE 3.300

ST. LOUIS MO 63102
(314) 244-7900
INV:
PO:

REF: 018893-145026-0057
DEPT:

4630 WED 07/22 07:48
111 S 10TH ST
PRIORITY OVERNIGHT
395-1058
63102-1125-99
SAINT LOUIS,MO
E/P:2     SP:PD:92:Y

FedEx Express

WED - 22 JUL 10:30A
PRIORITY OVERNIGHT

DSR
63102
STL
MO-US

TRK# 8746 7523 8740
0201

XX CPSA

59KJ/FE3E4/4B4B

Se...
can help make ...
a priority together.

EER 018893 145026-0059

# Morgan Lewis

One Federal Street
Boston, MA 02110-1726

TO:

Emily Renshaw
Morgan Lewis & Bockius
One Federal Street
Boston, MA 02110