RECEIVED

JUL 22 2026

BY MAIL

# Morgan Lewis

**Emily E. Renshaw**
Partner
+1.617.951.8517
emily.renshaw@morganlewis.com

July 20, 2026

**VIA FEDERAL EXPRESS**

Clerk of Court
United States District Court
111 South Tenth Street, Suite 3.300
St. Louis, Missouri 63102

> Re: ***U.S. Bank National Association v. Michael Qualizza, Neil D. Freeman, Timothy Dixon/ Case No. 4:21-cv-00120-MTS, United States District Court, Eastern District of Missouri, Eastern Division/Answers to Interrogatories By Garnishee***

Dear Sir/Madam,

We represent Charles Schwab & Co., Inc., as successor in interest to TD Ameritrade, Inc. in connection with the above-captioned matter. Enclosed herewith for filing please find the Answers to Interrogatories by Garnishee in the above-referenced case.

I have also enclosed a copy of the Answers to Interrogatories by Garnishee. Kindly file-stamp the enclosed copy and return it in the self-addressed stamped envelope enclosed.

Thank you for your attention to this matter. Please contact me if you have any questions.

Sincerely,

Emily E. Renshaw

**Morgan, Lewis & Bockius LLP**

101 Park Avenue
New York, NY 10178-0060
United States

📞 +1.617.951.8517
📠 +1.617.341.7701

DB1/ 171958263.1

U.S. BANK NATIONAL ASSOCIATION, )
)
    Plaintiff/Judgment Creditor, )
)
v. )
)
MICHAEL QUALIZZA, NEIL D.FREEMAN, )
TIMOTHY DIXON, )
)
    Defendants/Judgment Debtors, )    Case No. 4:21-cv-00120-MTS
)
and )
)
MICHAEL QUALIZA, NEIL D. FREEMAN, )
TIMOTHY DIXON, DFQ MANAGEMENT, )
LLC, and 1501 WASHINGTON ST. LOUIS, )
LLC, )
)
    Counterclaim Plaintiffs, )
)
v. )
)
U.S. BANCORP COMMUNITY )
DEVELOPMENT CORPORATION, and )
U.S. BANK NATIONAL ASSOCIATION, )
)
    Counterclaim Defendants. )

## ANSWERS TO INTERROGATORIES BY GARNISHEE

Charles Schwab & Co., Inc. ("Schwab"), as successor in interest to TD Ameritrade,

Inc. ("Garnishee"), hereby submits the following Answers ("Answers") in response to the

1

Writ of Garnishment (the "Writ") and Interrogatories Directed to Garnishee ("Interrogatories")[1] served by Plaintiff on Garnishee on June 23, 2026, as follows:

1. At the time of service of the garnishment, had you, or have you since that time had, or have you now in your possession, custody, or charge, any goods chattels, monies, credits or effects belonging to the Defendant and Judgment Debtor either individually or jointly with any other person or entity? If so, state what they were or are, their value, and identify each joint or co-owner, and attach copies of any documents reflecting the identity and/or ownership of any such goods, chattels, monies, credits or effects to your answer.

> **ANSWER:** Based on a review Schwab's records, at the time of service of the Writ, at the time of this Answer and during the period in between such times, Schwab has identified 7 accounts[2] associated with the Defendant and Judgment Debtor Michael Qualizza:
> (1) Schwab Account No. XXXX-7722,[3] which is an Individual Brokerage Account maintained in the name of Michael Qualizza;[4]
> (2) Schwab Account No. XXXX-4858,[5] which is a Custodial Brokerage Account held for the benefit of a minor;
> (3) Schwab Account No. XXXX-5627,[6] which is an Individual Retirement Simplified Employee Plan Brokerage Account maintained in the name of Michael

---

[1] As provided in the Interrogatories, "Defendant and Judgment Debtor" as used herein shall refer to Michael Qualizza.

[2] These accounts are affiliated with a Texas address. Schwab is uncertain whether or to what extent the fact that the account holder appears to reside in Texas and/or that these are Texas accounts impacts the Writ.

[3] This account was never a TD Ameritrade account. As the Summons was not issued to Schwab, this account is not subject to the Writ and has not been restricted.

[4] As of the date of the Writ, this account was closed.

[5] This account was formerly TD Ameritrade Account No. XXXXX-4152. As it is a custodial account held for the benefit of a non-debtor party, this account is not subject to the Writ and has not been restricted.

[6] This account was formerly TD Ameritrade Account No. XXXXX-9271.

S. Qualizza, containing $38,734.93 in cash and $945,511.18 in securities for a total account balance of $984,246.11;[7]

(4) Schwab Account No. XXXX-3815,[8] which is a Joint Tenant Brokerage Account maintained in the names of Michael S. Qualizza and Kimberly Hope Qualizza as joint tenants, containing $500.00 in cash and $0.00 in securities for a total account balance of $500.00;

(5) Schwab Account No. XXXX-6579,[9] which is Rollover Individual Retirement Account, maintained in the name of Michael S. Qualizza, containing $0.00 in cash and $0.00 in securities for a total account balance of $0.00;

(6) Schwab Account No. XXXX-6416,[10] which is an Individual Brokerage Account, maintained in the name of Michael S. Qualizza, containing $0.00 in cash and $0.00 in securities for a total account balance of $0.00; and

(7) Schwab Account No. XXXX-8820,[11] which is Roth Contributory Individual Retirement Account, maintained in the name of Michael S. Qualizza.

Schwab Account Nos. XXXX-5627, XXXX-3815, XXXX-6579 and XXXX-6416 have been restricted. Schwab does not have a record of any other account(s) maintained at Schwab in the name of the Defendant and Judgment Debtor Michael Qualizza.

---

[7] Please note: (1) Securities in the referenced account may include options, derivatives, margin, and/or term securities that could alter the account value and/or cash availability and are subject to daily market fluctuation and (2) Distributions from an Individual Retirement Account (IRA) may be subject to applicable tax withholding, resulting in the remittance of funds in an amount less than that stated. Please further note that Schwab Account No. XXXX-5627 has margin features and, as such, this account is subject to federal laws and regulations (including but not limited to "Reg T," *see* 12 C.F.R. 220 *et seq.* and FINRA Rule 4210) that govern the amount of credit that brokerage firms may extend to their customers. Additionally, margin balances are subject to market fluctuation and, accordingly, the amount owed may change subsequent to this response. Further, should the margin equity fall below the minimum required threshold, federal laws and regulations may require mandatory liquidation of positions and use of proceeds therefrom to pay off/down any margin loan. Finally, if a margin loan becomes associated with this account, Schwab's secured interest in each account is perfected and superior to any judgment lien related to this matter. Any margin loan balance would be owed to Schwab before any funds over and above the amount of such margin loan balance could be turned over. *See, e.g.*, RSMo. §§ 400.9-314, 400.9-106, and 400.9-328; 17 C.F.R § 240.15c3-3(b).

[8] This account was formerly TD Ameritrade Account No. XXXXX-9961.

[9] This account was formerly TD Ameritrade Account No. XXXXX-4603.

[10] This account was formerly TD Ameritrade Account No. XXXXX-4766.

[11] This account was never a TD Ameritrade account. As the Summons was not issued to Schwab, this account is not subject to the Writ and has not been restricted.

3

2.     At the time of service of the garnishment, were you, or have you since become, or are you now in any way, indebted to the Defendant and Judgment Debtor? If your answer is "yes," state to what extent and in what manner the debt accrued, and if evidenced by any instrument in writing describe the same, state what has become of the same and under whose custody it is held, and attach a copy of this instrument to your answer.

> **ANSWER:** Based on a review of Schwab's records, at the time of service of the Writ, at the time of this Answer and during the period in between such times, Garnishee was and remains indebted to the Defendant and Judgment Debtor Michael Qualizza by virtue of the fact that Schwab has identified 4 accounts held at Schwab as successor in interest to Garnishee associated with the Defendant and Judgment Debtor: (1) Schwab Account No. XXXX-5627, which is an Individual Retirement Simplified Employee Plan Brokerage Account maintained in the name of Michael S. Qualizza, containing $38,734.93 in cash and $945,511.18 in securities for a total account balance of $984,246.11, (2) Schwab Account No. XXXX-3815, which is a Joint Tenant Brokerage Account maintained in the names of Michael S. Qualizza and Kimberly Hope Qualizza as joint tenants, containing $500.00 in cash and $0.00 in securities for a total account balance of $500.00; (3) Schwab Account No. XXXX-6579, which is Rollover Individual Retirement Account, maintained in the name of Michael S. Qualizza, containing $0.00 in cash and $0.00 in securities for a total account balance of $0.00; and (4) XXXX-6416, which is an Individual Brokerage Account, maintained in the name of Michael S. Qualizza, containing $0.00 in cash and $0.00 in securities for a total account balance of $0.00.

3.     At the time you were summoned as Garnishee, or since that time, have you become, or are you now bound under, any contracts to pay the Defendant and Judgment Debtor, directly or to any other party on account of Defendant and Judgment Debtor, any monies which are not yet due? If your answer is "yes," state the nature of said contract, the names of the contracting parties, the amount of money to become due thereunder, when the same was or is due and payable, exactly to whom the money is due, and attach a copy of said contract to your answer.

4

**ANSWER:** No

4.      Have you paid to Defendant and Judgment Debtor, or to anyone acting as his agent or on his behalf, or to anyone on account of Defendant and Judgment Debtor, any money, property or effects since the time the garnishment summons herein was served on you? If your answer is "yes," state when the same was paid, the amount and nature of said payment and to whom it was paid, in what capacity the recipient received it and if paid under the terms of a contract, attach a copy of said contract.

**ANSWER:** No

# ATTESTATION OF GARNISHEE

STATE OF COLORADO )
               ) ss.
CITY OF LONE TREE )

    I, Ashley Martinez, Manager of Third Party Legal Process for Charles Schwab & Co., Inc., being first duly sworn and upon oath, states that the foregoing Answers to Interrogatories are true and correct to the best of my knowledge, information and belief.

_____
Ashley Martinez

Subscribed and sworn to before me this

20th day of July, 2026.

_____
[Notary Public]

My commission expires:

04/14/2027

| FLOR MARITZA BUSCHBACH |
| NOTARY PUBLIC |
| STATE OF COLORADO |
| NOTARY ID 20134060395 |
| MY COMMISSION EXPIRES APRIL 14, 2027 |

EER 018893 145026-0059

# Morgan Lewis

One Federal Street
Boston, MA 02110-1726

TO:

Emily Renshaw
Morgan Lewis & Bockius
One Federal Street
Boston, MA 02110

**FedEx** ®

This envelope is only for FedEx Express® shipments.

You can help us get your package safely to its destination by packing your items securely. Need help? Go to **fedex.com/packaging** for packing tips.

Check your FedEx shipping document, the current FedEx Service Guide,

FOLD on this line and place in shipping pouch with bar code and delivery address visible

RECEIVED

JUL 22 2026

BY MAIL

ORIGIN ID:LWMA     (617) 951-8000
EMILY RENSHAW
MORGAN, LEWIS & BOCKIUS LLP
ONE FEDERAL STREET

BOSTON, MA 02110
UNITED STATES US

SHIP DATE: 21JUL26
ACTWGT: 0.50 LB
CAD: 268112434/FAPI2208

BILL SENDER

TO    **CLERK OF COURT**
**UNITED STATES DISTRICT COURT**
**111 SOUTH TENTH STREET, SUITE 3.300**

**ST. LOUIS MO 63102**
(314) 244-7900
INV:
PO:               REF: 018893-145026-0059
DEPT:

58KJ7/E3E44B4B

**FedEx**
Express

**E**

WED - 22 JUL 10:30A
**PRIORITY OVERNIGHT**

TRK#    **8746 7973 5306**
0201

DSR

**63102**
MO-US   **STL**

**XX CPSA**

30 WED 07/22 07:43
I1 S 10TH ST    SAIN
PRIORITY OVERNIGH
**395-1058**
ETP: 2    SP:PD:92:Y