**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff,

v. Case No. 4:21-cv-00120-MTS

MICHAEL QUALIZZA, NEIL D. FREEMAN,

and TIM DIXON,

Defendants.

---

**DEFENDANT NEIL D. FREEMAN'S MOTION TO CONTINUE THE SEPTEMBER 23, 2026, IN-PERSON HEARING**

Defendant and Judgment Debtor Neil D. Freeman ("Freeman"), by and through undersigned counsel, respectfully moves this Court, pursuant to its inherent authority to control and manage its docket and Local Rule 4.01(A) of the United States District Court for the Eastern District of Missouri, for an order continuing the in-person hearing currently set for September 23, 2026. In support of this Motion, Freeman states as follows:

**BACKGROUND**

1. On August 25, 2026, Petitioner filed its Petition to Register Foreign Judgment (ECF No. 322), with accompanying exhibits (ECF Nos. 322-1 and 322-2), and its Memorandum in Support of the Petition to Register Foreign Judgment (ECF No. 323).

2. On September 1, 2026, the Court entered an order stating that "an in-person conference will be held in this matter on Wednesday, September 23, 2026, at 2:00 p.m., in Courtroom

16-South of the Thomas F. Eagleton United States Courthouse," and directing that "all parties should be prepared to discuss all outstanding issues and argue any outstanding motions."

3. Because the Court's order requires counsel's in-person appearance, undersigned counsel would be required to travel from his office in Chicago, Illinois to St. Louis, Missouri for the September 23, 2026, hearing.

4. Undersigned counsel already has two hearings scheduled before judges of the Circuit Court of Cook County, Illinois on September 23, 2026, and no other attorney in undersigned counsel's firm is available to appear in those Cook County matters on that date.

5. Undersigned counsel conferred with counsel for U.S. Bank, Brian Hockett, who is amenable to a continuance of the in-person hearing to another date. Pro se defendant Michael Qualizza, however, has not consented to a continuance. Freeman's counsel's efforts to confer are further described in the Certificate of Consultation below.

6. On September 8, 2026, U.S. Bank and Qualizza each filed lengthy responses to Freeman's Petition to Register Foreign Judgment (ECF Nos.327, ___), raising numerous factual and legal arguments in opposition to the relief Freeman seeks.

**ARGUMENT**

**A. The Court has broad discretion to grant a continuance.**

7. District courts possess the inherent power to control the disposition of the causes on their docket "with economy of time and effort for itself, for counsel, and for litigants," and that

power extends to the scheduling and rescheduling of hearings. See *Landis v. North American Co.*, 299 U.S. 248, 254–55 (1936). Local Rule 4.01(A) likewise contemplates that a party need not file a separate memorandum in support of a motion of this kind, provided the reasons and arguments supporting the motion are stated in the body of the motion, as they are here.

**B. Good cause exists to continue the September 23, 2026, hearing.**

8. Good cause exists to continue the hearing. Undersigned counsel has a genuine and unavoidable scheduling conflict: two hearings before the Circuit Court of Cook County, Illinois on the same date as this Court's in-person conference, and no other attorney available to appear in those matters. Counsel for U.S. Bank does not oppose a continuance. A brief continuance to a mutually convenient date will not prejudice any party and will conserve the resources of the Court, counsel, and the litigants.

9. Because the current hearing date is imminent, Freeman respectfully requests that the Court consider this Motion on an expedited basis, notwithstanding the response periods otherwise provided by Local Rule 4.01(B).

C. **Freeman requires sufficient time to review U.S. Bank's and Qualizza's responses and to prepare and file a reply before any hearing is held.**

10. The Court's September 1, 2026, order directs that the parties be prepared to discuss all outstanding issues and argue any outstanding motions at the September 23, 2026, in-person conference. U.S. Bank and Qualizza's responses to Freeman's Petition to Register Foreign Judgment, however, were lengthy and raised numerous factual and legal arguments that Freeman has not yet had a full and fair opportunity to review and address. Freeman is

entitled to file a reply in support of his Petition, and the current schedule does not afford Freeman sufficient time to review the responses and prepare that reply before September 23, 2026, hearing.

11. Proceeding to argument on the outstanding motions before Freeman has had an adequate opportunity to review the responses and file a reply would prejudice Freeman's ability to fully and fairly present his position to the Court. A brief continuance will ensure the Court has the benefit of complete briefing before hearing argument and will not meaningfully delay resolution of the matter.

**CONCLUSION**

For the foregoing reasons, Freeman respectfully requests that the Court continue the September 23, 2026, in-person hearing to a date and time convenient for the Court and all parties and grant such other and further relief as the Court deems just and proper.

Dated: September 9, 2026

Respectfully submitted,

PERKAUS & FARLEY LLC

By: /s/ John R. Perkaus

John R. Perkaus
Admitted Pro Hac Vice
One of the Attorneys for Defendant Neil D. Freeman

Perkaus & Farley LLC
1343 N. Wells Street
Chicago, IL 60610
T: (312) 944-8200
F: (312) 944-8227
E: john@perkausandfarley.com
Firm No. 15584

## CERTIFICATE OF CONSULTATION

The undersigned certifies that, prior to filing this Motion, counsel for Freeman conferred with counsel for U.S. Bank, Brian Hockett, regarding the relief sought herein. Counsel for U.S. Bank is amenable to a continuance of the September 23, 2026, hearing. The undersigned further certifies that counsel for Freeman attempted to confer with pro se defendant Michael Qualizza regarding the relief sought herein, and that Mr. Qualizza has refused to consent to a continuance. This Motion is therefore opposed as to defendant Qualizza and unopposed as to plaintiff U.S. Bank.

By: *[/s/ John R. Perkaus]*_____

**CERTIFICATE OF SERVICE**

The undersigned certifies that on September 8, 2026, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system, which will send notice of electronic filing to all counsel of record, and was served on pro se defendant Michael Qualizza by, electronic mail and through the Pacer U.S.Courts.gov system.

By: */s/ John R. Perkaus*_____