**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. BANCORP COMMUNITY | ) | |
| DEVELOPMENT CORPORATION and | ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) | Case No: 4:21-cv-00120-MTS |
| Plaintiff/Judgment Creditor, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL QUALIZZA, | ) | |
| Defendant/Judgment Debtor. | ) | |
| | ) | |
| -Post-Judgment Garnishment Proceedings | ) | |

**DEFENDANT MICHAEL S. QUALIZZA'S MOTION TO MODIFY THE TIME OF THE SEPTEMBER 24, 2026, HEARING**

Defendant Michael S. Qualizza ("Qualizza"), appearing pro se, respectfully requests that the Court reschedule the in-person hearing, currently set for Thursday, September 24, 2026, at 9:00 a.m. (ECF No. 329), to the afternoon of the same day, or alternatively to any time on Friday, September 25, 2026. Qualizza does not ask the Court to revisit the continuance granted to Defendant Freeman; he asks only for a time of day when he can appear. In support, he states:

1. On September 1, 2026, the Court set an in-person conference for Wednesday, September 23, 2026, at 2:00 p.m. (ECF No. 325.) Qualizza resides in Austin, Texas, appears without counsel, and bears his own travel costs. The 2:00 p.m. setting allowed him to fly to St. Louis and return to Austin the same day, so he purchased his ticket on that basis.

2. On September 3, 2026, Freeman's counsel advised by email that he had two Cook County settings on September 23 and proposed the afternoon of October 6 or October 7. Qualizza, who had already purchased his ticket for the date the Court ordered, declined to agree to a continuance. Counsel for the Judgment Creditor replied that either date would work for him and that he could not respond on Qualizza's behalf.

3. A 9:00 a.m. setting requires Qualizza to travel to St. Louis the preceding day, stay overnight at additional cost, and change his ticket a second time. An afternoon setting on September 24, or any

setting on September 25, would allow him to appear in person as the Court has directed without incurring that expense.

4. The requested relief affects only the time of the hearing. It causes no prejudice to any party. The Judgment Creditor's counsel are in St. Louis; Freeman's counsel obtained the day he requested, and because the reset is one day later than the original setting, his stated need for time to prepare a reply (ECF No. 328, ¶¶ 10–11) is unaffected by whether the hearing begins in the morning or the afternoon. Qualizza remains prepared to argue all outstanding motions at whatever time the Court sets.

5. On September 10, 2026, Qualizza notified counsel for the Judgment Creditor and Defendant Freeman by email of the relief requested in this motion and asked whether they opposed it. Counsel for Defendant Freeman responded that Freeman had no objection. Counsel for the Judgment Creditor had not responded as of the time of filing.

WHEREFORE, Qualizza respectfully requests that the Court reset the September 24, 2026, hearing to 1:30 p.m. or 2:00 p.m. that day, or alternatively to a time on September 25, 2026, and grant such other relief as the Court deems just.

Respectfully submitted,

______________________________

**Michael S. Qualizza**
Pro Se
1220 Marly Way
Austin, Texas 78733
Telephone: (773) 960-1181
Email: mqualizza@yahoo.com

**Dated:** September 10, 2026

## CERTIFICATE OF CONFERENCE

I certify that on September 10, 2026, I notified Brian W. Hockett and Caleb S. Crahan, counsel for the Judgment Creditor, and John R. Perkaus, counsel for Defendant Neil D. Freeman, by email of the relief requested in this motion and asked whether they opposed it. Mr. Perkaus responded by email the same day: “I have no objection.” Counsel for the Judgment Creditor had not responded as of the time of filing. This motion is therefore unopposed as to Defendant Freeman.

______________________________

**Michael S. Qualizza**
Pro Se
1220 Marly Way
Austin, Texas 78733
Telephone: (773) 960-1181
Email: mqualizza@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2026, I submitted the foregoing to the Clerk of Court for filing by email to MOED_SRL_Filings@moed.uscourts.gov in accordance with the Court's procedures for self-represented litigants, and that on the same date I served a true and correct copy by email and by U.S. Mail, first class, postage prepaid, upon the following:

**THOMPSON COBURN LLP**
**Brian W. Hockett, 52984MO**
**Caleb S. Crahan, 76111MO**
**One US Bank Plaza, 505 N. 7th Street, 28th Floor**
**St. Louis, MO 63101**
**bhockett@thompsoncoburn.com; ccrahan@thompsoncoburn.com**
**Attorneys for Plaintiff/Judgment Creditor U.S. Bank National Association**

**PERKAUS & FARLEY LLC**
**John R. Perkaus**
**1343 N. Wells Street**
**Chicago, IL 60610**
**john@perkausandfarley.com**
**Attorneys for Defendant Neil D. Freeman**

Respectfully submitted,

______________________________

**Michael S. Qualizza**
Pro Se
1220 Marly Way
Austin, Texas 78733
Telephone: (773) 960-1181
Email: mqualizza@yahoo.com

**Dated**: September 10, 2026