**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF MISSOURI (St. Louis)**

| | | |
|---|---|---|
| U.S. BANK, National Association, et al., | ) | **Case No. 4:21-cv-00120** |
| Plaintiff and Counterclaim Defendants, | ) | |
| v. | ) | |
| MICHAEL QUALIZZA, et al., | ) | |
| Defendants and Counterclaimants. | ) | |

**MOTION OF ROBERT E. BARNES TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT MICHAEL S. QUALIZZA**

COMES NOW Robert E. Barnes of Barnes Law LLP and respectfully moves this Court for leave to withdraw as counsel of record for Defendant and Counterclaimant Michael S. Qualizza ("Qualizza"). In support thereof, undersigned counsel states as follows:

1. Robert E. Barnes was admitted pro hac vice in this matter on August 8, 2022 (Doc. 78) for the purpose of representing Qualizza, and entered his appearance on Qualizza's behalf on August 3, 2022 (Doc. 70).

2. Qualizza has advised undersigned counsel that he wishes to proceed pro se and consents to this withdrawal. Qualizza has been independently filing pro se motions and other pleadings in this matter since at least July 31, 2026 (see Doc. 314, Entry of Appearance of Michael S. Qualizza; Docs. 315, 316, 317, 319, 321, 324), and appeared without undersigned counsel at the September 24, 2026 in-person hearing before this Court.

3. At the September 24, 2026 hearing, this Court instructed Qualizza that if he wishes to proceed pro se, undersigned counsel must file a motion to withdraw, and directed that such motion be filed within three (3) days. (Doc. 336.)

4. Undersigned counsel has confirmed with Qualizza that the attorney-client relationship between Qualizza and Barnes Law LLP has been terminated and that Qualizza intends to continue in this matter representing himself pro se.

5. Qualizza's last known address and contact information is as follows: Michael S. Qualizza, 1220 Marly Way, Austin, TX 78733; email: Q@qgholding.us. Qualizza has been provided notice of this withdrawal, is fully aware of all pending proceedings, and his interests will not be prejudiced by the granting of this motion.

6. The following motions are currently pending before this Court that relate to Qualizza: Doc. 315 (Application for Temporary Restraining Order and Injunctive Relief to Protect Exempt Property); Doc. 321 (Motion for Extension of Time to Respond to Post-Judgment Interrogatories and Requests for Production); and such other matters as were argued at the September 24, 2026 hearing and on which orders are to issue (Doc. 336). Qualizza is fully aware of these pending matters and is prepared to proceed pro se.

7. No other parties or counsel will be prejudiced by this withdrawal, and the granting of this motion will not delay resolution of any pending matters.

///

///

WHEREFORE, Robert E. Barnes respectfully requests that the Court enter an Order granting his withdrawal as counsel of record for Defendant and Counterclaimant Michael S. Qualizza, directing the Clerk of Court to update the docket to reflect Qualizza's pro se status, and for such other and further relief as the Court deems just and proper.

Dated: September 25, 2026

Respectfully submitted,

**BARNES LAW LLP**

By: *<u>/s/ Robert E. Barnes</u>*

Robert E. Barnes
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Phone: (310) 510-6211
Fax: (310) 510-6225
Email: robertbarnes@barneslawllp.com

Attorney for Defendant and Counterclaimant
Michael S. Qualizza

**CERTIFICATE OF SERVICE**

I hereby certify that on September 25, 2026, the foregoing Motion of Robert E. Barnes to Withdraw as Counsel of Record for Defendant Michael S. Qualizza was filed electronically with the Clerk of Court to be served by operation of the Court's CM/ECF electronic filing system upon all counsel of record. A copy has also been sent to Defendant Michael S. Qualizza via email at Q@qgholding.us, his last known email address.

*/s/ Robert E. Barnes*