**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| U.S. BANK, NATIONAL ASSOCIATION, *a national banking association*, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:21-cv-00120-MTS |
| MICHAEL S. QUALIZZA, *et al.*, | ) | |
| Defendants. | ) | |

**ORDER**

After conducting a hearing on all pending motions, Doc. [336], and hearing arguments from all parties,

**IT IS HEREBY ORDERED** that Robert E. Barnes's Motion to Withdraw as Attorney for Defendant/Counter-Claimant Michael Qualizza, Doc. [337], is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant/Counter-Claimant Michael Qualizza's Pro Se Application for a Temporary Restraining Order, Doc. [315], is **DENIED** as moot, having been withdrawn on the record by Michael Qualizza.

**IT IS FURTHER ORDERED** that Defendant/Counter-Claimant Michael Qualizza's Motion for Extension of Time, Doc. [321], is **GRANTED**. Qualizza shall submit all answers, objections, and production to Plaintiffs' First Set of Post-Judgment Interrogatories no later than **Monday, October 12, 2026**.

**IT IS FINALLY ORDERED** that Defendant/Counter-Claimant Neil Freeman's Petition to Register Foreign Judgment, Doc. [322], is **DENIED**.

Dated this 28th day of September 2026.

MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE